United States District Court
Southern District of Ohio

## Related Case Memorandum
## Civil Cases

TO: Chief Judge Sargus, Judge Watson, Magistrate Judge Vascura and Magistrate Judge Deavers

FROM: Scott Miller , Deputy Clerk

DATE: 7/27/18

SUBJECT: Case Caption: Snyder-Hill, et al. v. Ohio State University

CASE: Case Number: 2:18-cv-736

DISTRICT JUDGE: Chief Judge Sargus (Magistrate Judge Vascura)

File Date: 7/27/18

---

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

| | | | |
|---|---|---|---|
| Case Caption: | Doe 1, et al. v. The Ohio State University | | |
| Case Number: | 2:18-cv-692 | District Judge: | Watson |
| File Date: | 7/16/18 | Magistrate Judge: | Deavers |

**Related Case(s):**

| | | | |
|---|---|---|---|
| Case Caption: | John Doe 1 v. Ohio State University, et al. | | |
| Case Number: | 2:18-cv-712 | District Judge: | Watson |
| File Date: | 7/17/18 | Magistrate Judge: | Deavers |

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator    **Scott Miller**
as follows:

### Judges' Response:

- [ ] We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

- [x] We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge  Watson

- [ ] We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

- [ ] We are unable to agree and will accept any decision made by the Chief Judge.

- [ ] I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

- [ ] I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

- [ ] Other Direction of Judge: _____

_____  7-27-2018
United States District Judge

_Michael H. Watson_  7/27/18
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies

*Revised 7/19/2012*