# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**STEVE SNYDER-HILL**, *et al.*,

    **Plaintiffs**,

v.

**THE OHIO STATE UNIVERSITY,**

    **Defendant.**

**Civil Action 2:23-cv-2993**
**Judge Michael H. Watson**
**Magistrate Judge Elizabeth P. Deavers**

## ORDER

This matter is before the Court on Plaintiffs' Motion for Permission to File Under Seal. (ECF No. 21.) Plaintiffs, as previously directed by the Court, seek leave to file under seal a version of the Consolidated Complaint filed on September 18, 2023, (ECF No. 1), that reveals the true name of the John Doe Plaintiffs. (*Id.*) Plaintiffs also cite the Court's earlier finding of good cause for use of a John Doe designation, *see* Order on Motion for Leave to Proceed Anonymously, *Snyder-Hill v. The Ohio State University*, 2:18-cv-00736 (S.D. Ohio Nov. 26, 2018), ECF No. 33, and request that Plaintiffs John Does 1-22, 25, 27, 29-37, 39-47, 49, 52, 54, 56-60, 62-64, 66-78, 82-84, 88-92, 94-95, 97-99, 101, and 103-104 be excused from identifying themselves here for the same reasons. Defendant filed a Response stating that it does not oppose the motion with one caveat based upon certain language agreed upon by the parties and set forth in the then proposed protective order. (ECF No. 22.)

On December 20, 2023, the Court entered the Protective Order in this matter. (ECF No. 25.) That Order states in part:

> **23. Disclosure of John Doe Plaintiffs' Identities.** Nothing in this Order shall be construed as modifying the portion of the Court's October 10, 2023 Order permitting the Plaintiffs to proceed pseudonymously. *See* Order, *John Does 162, et al., v. The Ohio State University, 2:23-cv-02993* (S.D. Oh. Oct. 10, 2023), ECF No. 3. This Order supersedes, however, any portions of the October 10, 2023 Order or any other prior orders limiting to whom information related to the identities of the John Doe Plaintiffs may be disclosed. Such identifying information may be disclosed as set out above in Paragraph 6(c) of this Order.

(*Id.* at 16.)

Accordingly, Plaintiffs' Motion (ECF No. 21) is **GRANTED** subject to the identified provisions of the Protective Order (ECF No. 25). Plaintiffs are **DIRECTED** to file under seal **WITHIN SEVEN DAYS OF THE DATE OF THIS ORDER** a version of the Consolidated Complaint filed on September 18, 2023, (ECF No. 1), that reveals the true name of the John Doe Plaintiffs. Once filed, the Clerk is **DIRECTED** to maintain that copy of the Complaint under seal.

**IT IS SO ORDERED.**

Date: January /2, 2024

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT

ELIZABETH A. PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE