UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Steve Snyder-Hill, *et al.*,

    Plaintiffs,

v.

The Ohio State University,

    Defendant.

Case No. 2:23-cv-2993

Judge Michael H. Watson

Magistrate Judge Deavers

---

Edward Gonzales, *et al.*,

    Plaintiffs,

v.

The Ohio State University,

    Defendant.

Case No. 2:23-cv-3051

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

Plaintiffs move in limine for an order ruling that the Perkins Coie Report is admissible. ECF No. 26, Case No. 2:23-cv-2993; ECF No. 9, Case No. 2:23-cv-3051 (the "Motions"). A motion in limine is "designed to narrow the evidentiary issues for *trial* and to eliminate unnecessary *trial* interruptions." *Louzon v. Ford Motor Co.*, 718 F.3d 556, 561 (6th Cir. 2013) (emphasis added). These cases are just beginning discovery; trial is far from an immediate concern. Thus, the Motions are **DENIED WITHOUT PREJUDICE** as premature.

If Plaintiffs re-file their motions in limine, they are encouraged to consider and brief the following:

(1) which parts of the Perkins Coie Report are relevant to a specific plaintiff; and

(2) assuming the Perkins Coie Report could, in general, be considered a "party opponent statement," whether there is an applicable hearsay exception for the statements (or reports of statements) that come from someone other than Perkins Coie or The Ohio State University (*i.e.*, address the hearsay-within-hearsay concern).

The Clerk shall terminate ECF No. 26 in Case No. 2:23-cv-2993 and ECF No. 9 in Case No. 2:23-cv-3051.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**