THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| STEVE SNYDER-HILL, et al., | Case No. 2:23-cv-02993 |
| Plaintiffs, | Judge Michael H. Watson |
| v. | Magistrate Judge Elizabeth P. Deavers |
| THE OHIO STATE UNIVERSITY, | |
| Defendant. | |

**DEFENDANT THE OHIO STATE UNIVERSITY'S MOTION TO SHOW CAUSE WHY CLAIMS SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLETE PLAINTIFF FACT SHEET**

Plaintiff Fact Sheets ("PFS") were due in the above-captioned matter on May 31, 2024. *See* March 4, 2024 Order (ECF No. 40); *see also* May 24, 2024 Order (ECF No. 47). To date, Defendant The Ohio State University ("Ohio State") has not received a completed and verified PFS from the following plaintiff:

- Melvin Robinson.

Counsel for the plaintiff listed above have attributed the delinquency to unspecified medical issues. Counsel for Ohio State previously provided plaintiffs' counsel with written e-mail notice of the delinquency and met and conferred regarding the same. Notwithstanding these efforts, a verified PFS is still outstanding for the plaintiff indicated above.

Accordingly, pursuant to Paragraph 10 of Case Management Order No. 1, Ohio State respectfully moves the Court for an order to show cause why the claims of the above plaintiffs should not be dismissed with prejudice for failing to provide verified PFS. *See* Feb. 20, 2024 Case Management Order No. 1 (ECF No. 37 at PageID 1631-1632).

Respectfully submitted,

DAVE YOST
ATTORNEY GENERAL OF OHIO

/s/ Michael H. Carpenter
Michael H. Carpenter (0015733) (Trial Attorney)
Timothy R. Bricker (0061872)
Michael N. Beekhuizen (0065722)
David J. Barthel (0079307)
Carpenter Lipps LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215
Phone: (614) 365-4100
Fax: (614) 365-9145
Email: carpenter@carpenterlipps.com
    bricker@carpenterlipps.com
    beekhuizen@carpenterlipps.com
    barthel@carpenterlipps.com

*Special Counsel for Defendant The Ohio State University*

2

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically on July 31, 2024.  Notice was sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel.  The parties may access this filing through the Court's ECF system.

/s/ Michael H. Carpenter
Michael H. Carpenter

*Trial Attorney for Defendant The Ohio State University*
