# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JOHN DOE 162, et al., | |
| Plaintiffs, | Case No. 2:23-cv-02991 |
| v. | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | Magistrate Judge Elizabeth P. Deavers |
| Defendant. | |
| STEVE SNYDER-HILL, et al., | |
| Plaintiffs, | Case No. 2:23-cv-02993 |
| v. | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | Magistrate Judge Elizabeth P. Deavers |
| Defendant. | |
| WILLIAM KNIGHT, et al., | |
| Plaintiffs, | Case No. 2:23-cv-02994 |
| v. | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | Magistrate Judge Elizabeth P. Deavers |
| Defendant. | |
| JOHN DOE, | |
| Plaintiff, | Case No. 2:23-cv-02996 |
| v. | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | Magistrate Judge Elizabeth P. Deavers |
| Defendant. | |

| | |
|---|---|
| EDWARD GONZALES, et al., <br><br> Plaintiffs, <br> v. <br><br> THE OHIO STATE UNIVERSITY, <br><br> Defendant. | Case No. 2:23-cv-3051 <br><br> Judge Michael H. Watson <br><br> Magistrate Judge Elizabeth P. Deavers |

## PLAINTIFFS' JOINT ADDENDUM TO PROTECTIVE ORDER

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs' counsel that:

Pursuant to the Court's oral directives at the February 20, 2025 status conference and subsequent written orders issued on February 21, 2025, and April 3, 2025, instructing the parties to discuss the process of *in camera* submission and to propose a mutually agreeable proposition, *see* 23-cv-2991 (ECF Nos. 52, 62), 23-cv-2993 (ECF Nos. 90, 102), 23-cv-2994 (ECF Nos. 61, 71), 23-cv-2996 (ECF Nos. 53, 63), and 23-cv-3051 (ECF Nos. 93, 104), counsel for the Plaintiffs in the five above-captioned cases have agreed that the identities of their respective clients who are proceeding under a pseudonym, as well as those clients' Confidential or Protected Information, may be disclosed to each other on an Attorneys' Eyes Only basis, as defined in the Protective Order entered in the five above-captioned cases on December 20, 2023, *see* 23-cv-2991 (ECF No. 14), 23-cv-2993 (ECF No. 25), 23-cv-2994 (ECF No. 17), 23-cv-2996 (ECF No. 19), and 23-cv-3051 (ECF No. 16). Defendant The Ohio State University does not object to this Addendum.

**IT IS SO ORDERED.**

Dated: April 15, 2025

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT

ELIZABETH A. PRESTON-DEAVERS
UNITED STATES MAGISTRATE JUDGE