# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: Subpoena to Perkins Coie LLP, in the matter of *Steve Snyder-Hill, et al. v. The Ohio State University* (S.D. Ohio 2:18-cv-00736-MHW-EPD) | Case No.: 2:19-mc-00038-MHW-EPD<br><br>Judge Michael H. Watson<br><br>Magistrate Judge Elizabeth Preston Deavers |

## JOINT NOTICE TO THE COURT REGARDING *IN CAMERA* SUBMISSION

On November 21, 2023, the Court ordered that Perkins Coie no later than Monday, November 27, 2023, submit for *in camera* review a copy of its engagement letter with Porter Wright Morris & Arthur LLP. (Dkt. 71) Counsel for Perkins Coie and Plaintiffs have conferred following the Court's Order. Plaintiffs have agreed that no subject matter waiver of any privilege or other protection will be effected as to any other documents, and Perkins Coie has, therefore, agreed to produce a copy of the engagement letter to Plaintiffs' counsel pending entry of a Protective Order, which the parties anticipate asking the Court to enter. Pursuant to the Court's Order, Perkins Coie and Plaintiffs thus jointly agree that no *in camera* review is necessary because Perkins Coie's production of the engagement letter will not waive the attorney-client privilege nor effect a subject matter waiver.

Date: November 28, 2023

Respectfully submitted,

| | |
|---|---|
| */s/ Elizabeth A. McNellie*<br>Elizabeth A. McNellie (0046534)<br>Trial Attorney<br>BAKER & HOSTETLER LLP<br>200 Civic Center Drive, Suite 1200<br>Columbus, OH 43215-4138<br>Telephone: 614.462.2651<br>Facsimile:  614.462.2616<br>emcnellie@bakerlaw.com<br><br>*Counsel for Perkins Coie LLP* | */s/ Debra L. Greenberger (per email authorization)*<br>Ilann M. Maazel (admitted *pro hac vice*)<br>Debra L. Greenberger (admitted *pro hac vice*)<br>EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP<br>600 Fifth Avenue<br>New York, NY 10020<br>Telephone: (212) 763-5000<br>Facsimile:  (212) 763-5001<br>imaazel@ecbawm.com<br>dgreenberger@ecbawm.com |

OF COUNSEL:

| | |
|---|---|
| */s/ T. Markus Funk (per email authorization)*<br>Bates McIntyre Larson (*pro hac vice*)<br>T. Markus Funk (*pro hac vice*)<br>Angela R. Jones (*pro hac vice*)<br>PERKINS COIE LLP<br>110 North Wacker Drive, Suite 3400<br>Chicago, IL 60606-1511<br>Telephone: 312.324.8400<br>Facsimile:  312.324.9400<br>mfunk@perkinscoie.com<br>blarson@perkinscoie.com<br>ajones@perkinscoie.com<br><br>*Of Counsel for Perkins Coie LLP* | */s/ Scott E. Smith (per email authorization)*<br>Scott E. Smith (0003749)<br>SCOTT ELLIOTT SMITH, LPA<br>5003 Horizons Drive, Suite 100<br>Columbus, OH 43220<br>Telephone: (614) 846-1700<br>Facsimile:   (614) 486-4987<br>ses@sestraillaw.com<br><br>*Counsel for Interested Parties* |

4888-6887-3108.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2023, I served the foregoing *Joint Notice to the Court Regarding In Camera Submission* by electronically filing the pleading using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Elizabeth A. McNellie*
Elizabeth A. McNellie (0046534)

*One of the Attorneys for Perkins Coie LLP*

4888-6887-3108.1