THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| STEVE SNYDER-HILL, et al., | ) |
| Plaintiffs, | ) Case No. 2:23-cv-02993 |
| v. | ) Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | ) Magistrate Judge Elizabeth P. Deavers |
| Defendant. | ) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

The Snyder-Hill Plaintiffs hereby respectfully give notice of the withdrawal of Ariadne Motta Ellsworth as counsel for the Plaintiffs in the above referenced matter. Attorneys Ilann M. Maazel, Debra L. Greenberger, and Sonya Levitova, who have been admitted to practice *pro hac vice* before this Court, of Emery Celli Brinckerhoff Abady Ward & Maazel LLP, will remain as counsel for Plaintiffs. Counsel has provided notice to the clients, all counsel, the withdrawing attorney, and any unrepresented parties.

Respectfully submitted this 17th day of January 2025.

EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP

By: */s/ Ariadne Ellsworth*
Ilann M. Maazel (admitted *pro hac vice*)
Debra L. Greenberger (admitted *pro hac vice*)
Sonya Levitova (admitted *pro hac vice*)
Ariadne Ellsworth (admitted *pro hac vice*)
600 Fifth Avenue
New York, New York 10020
Phone: (212) 763-5000

Fax: (212) 763-5001
imaazel@ecbawm.com
dgreenberger@ecbawm.com
slevitova@ecbawm.com
aellsworth@ecbawm.com

## CERTIFICATE OF SERVICE

A copy of this document was served by the Court's ECF System on all counsel of record on January 17, 2025, pursuant to Fed. R. Civ. P. 5(b)(2)(E).

*/s/ Ariadne M. Ellsworth*
Ariadne M. Ellsworth