**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**STEVE SNYDER-HILL,** *et al.***,**

    **Plaintiffs,**

                                          **Civil Action 2:23-cv-2993
Judge Michael H. Watson**
   v.                                **Magistrate Judge Elizabeth P. Deavers**

**THE OHIO STATE UNIVERSITY,**

    **Defendant.**

## ORDER

Attorney Ariadne Motta Ellsworth has filed a Notice purporting to withdraw as co-counsel for Plaintiffs. (ECF No. 82.) The Notice is not also signed by Plaintiffs' designated Trial Attorney, Scott E. Smith, in contravention of Local Civil Rule 83.5(a) ("All documents filed on behalf of a party represented by counsel shall be signed by one attorney followed by the designation 'Trial Attorney' …."). Accordingly, the Notice is not effective and Ariadne Motta Ellsworth remains co-counsel of record for Plaintiffs, pending the filing of a properly signed notice.

    **IT IS SO ORDERED.**

**Date: January 22, 2025**                         /s/ *Elizabeth A. Preston Deavers*
                                                               **ELIZABETH A. PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE**