THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STEVE SNYDER-HILL, et al., | ) | Case No. 2:23-cv-02993 |
| | ) | |
| Plaintiffs, | ) | Judge Michael H. Watson |
| | ) | |
| v. | ) | Chief Magistrate Judge Elizabeth P. Deavers |
| | ) | |
| THE OHIO STATE UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Section III of the Court's Case Management Order No. 4, dated April 11, 2025, and Federal Rule of Civil Procedure 41(a)(2), Plaintiff John David Faler hereby dismisses his claims against Defendant Ohio State University in the above-referenced action, with prejudice.

Dated: April 15, 2025

/s/ Debra L. Greenberger
EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP
Ilann M. Maazel (admitted pro hac vice)
Debra L. Greenberger (admitted pro hac vice)
Sonya Levitova (admitted pro hac vice)
Hannah Brudney (admitted pro hac vice)
One Rockefeller Plaza, 8th Floor
New York, New York 10020
Phone: (212) 763-5000
Fax: (212) 763-5001
E-Mail: imaazel@ecbawm.com
E-Mail: dgreenberger@ecbawm.com
E-Mail: slevitova@ecbawm.com
E-Mail: hbrudney@ecbawm.com

1

PUBLIC JUSTICE, P.C.
Adele P. Kimmel (admitted pro hac vice)
Alexandra Brodsky (admitted pro hac vice)
1620 L Street, NW, Suite 630
Washington, DC 20036
Phone: (202) 797-8600
Fax: (202) 232-7203
E-mail: akimmel@publicjustice.net
E-mail: abrodsky@publicjustice.net

SCOTT ELLIOTT SMITH, LPA
Scott E. Smith (0003749) (Trial Attorney)
5003 Horizons Drive, Suite 100
Columbus, Ohio 43220
Phone: (614) 846-1700
Fax: (614) 486-4987
E-Mail: ses@sestriallaw.com


 SO ORDERED

 _____
 Judge Michael H. Watson

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically on April 15, 2025. Notice was sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel. The parties may access this filing through the Court's ECF system.

/s/ Debra Greenberger
Debra Greenberger