**THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| JOHN DOE 162, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE OHIO STATE UNIVERSITY,<br><br>Defendant. | Case No. 2:23-cv-02991<br><br>Judge Michael H. Watson<br><br>Magistrate Judge Elizabeth P. Deavers |
| STEVE SNYDER-HILL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE OHIO STATE UNIVERSITY,<br><br>Defendant. | Case No. 2:23-cv-02993<br><br>Judge Michael H. Watson<br><br>Magistrate Judge Elizabeth P. Deavers |
| WILLIAM KNIGHT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE OHIO STATE UNIVERSITY,<br><br>Defendant. | Case No. 2:23-cv-02994<br><br>Judge Michael H. Watson<br><br>Magistrate Judge Elizabeth P. Deavers |
| JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>THE OHIO STATE UNIVERSITY,<br><br>Defendant. | Case No. 2:23-cv-02996<br><br>Judge Michael H. Watson<br><br>Magistrate Judge Elizabeth P. Deavers |

| | |
|---|---|
| EDWARD GONZALES, et al.,<br><br>               Plaintiffs,<br>   v.<br><br>THE OHIO STATE UNIVERSITY,<br><br>               Defendant. | Case No. 2:23-cv-3051<br><br>Judge Michael H. Watson<br><br>Magistrate Judge Elizabeth P. Deavers |

**DEFENDANT THE OHIO STATE UNIVERSITY'S**
**NOTICE OF REPLACEMENT DISCOVERY PLAINTIFF (PUBLIC VERSION)**

Pursuant to the April 15, 2025 Notice of Voluntary Dismissal with Prejudice of a Discovery Plaintiff in the *Snyder-Hill* Case, Case No. 2:23-cv-02993 (ECF No. 105), previously designated as a Discovery Plaintiff by defendant The Ohio State University ("Ohio State"), *see id.* at ECF No. 99 (public version), 101 (sealed version), Ohio State hereby designates the following Plaintiff as a replacement Discovery Plaintiff for the dismissed Plaintiff pursuant to Section III of Case Management Order No. 4 ("CMO No. 4") issued on April 11, 2025[1]:

***Gonzales, et al.*, Case No. 2:23-cv-3051**

- John Doe 59

                         Respectfully submitted,

                         DAVE YOST
                         ATTORNEY GENERAL OF OHIO

                         /s/ Michael H. Carpenter
                         Michael H. Carpenter (0015733) (Trial Attorney)
                         Timothy R. Bricker (0061872)
                         Michael N. Beekhuizen (0065722)
                         David J. Barthel (0079307)
                         CARPENTER LIPPS LLP
                         280 Plaza, Suite 1300
                         280 North High Street
                         Columbus, OH 43215

---

[1] *See* CMO No. 4 (*John Doe 162* Case, ECF No. 63; *Snyder-Hill* Case, ECF No. 103; *Knight* Case, ECF No. 72; *John Doe* Case, ECF No. 64; and *Gonzales* Case, ECF No. 105).

Phone: (614) 365-4100  
Fax: (614) 365-9145  
E-mail:carpenter@carpenterlipps.com  
bricker@carpenterlipps.com  
beekhuizen@carpenterlipps.com  
barthel@carpenterlipps.com  

*Special Counsel for Defendant*  
*The Ohio State University*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically on April 16, 2025. Notice was sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel. The parties may access this filing through the Court's ECF system.

/s/ Michael H. Carpenter
Michael H. Carpenter

*Trial Attorney for Defendant The Ohio State University*