UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN DOE 162,

    Plaintiff,

v.

THE OHIO STATE UNIVERSITY,

    Defendant.

Case No. 2:23-cv-2991
Judge Michael H. Watson
Magistrate Judge Deavers

---

STEVE SNYDER-HILL, *et al.*,

    Plaintiffs,

v.

THE OHIO STATE UNIVERSITY,

    Defendant.

Case No. 2:23-cv-2993
Judge Michael H. Watson
Magistrate Judge Deavers

---

WILLIAM KNIGHT, *et al.*,

    Plaintiffs,

v.

THE OHIO STATE UNIVERSITY,

    Defendant.

Case No. 2:23-cv-2994
Judge Michael H. Watson
Magistrate Judge Deavers

**JOHN DOE,**

    Plaintiff,

v.

**THE OHIO STATE UNIVERSITY,**

    Defendant.

**Case No. 2:23-cv-2996**
**Judge Michael H. Watson**
**Magistrate Judge Deavers**

---

**EDWARD GONZALES,** *et al.*,

    Plaintiff,

v.

**THE OHIO STATE UNIVERSITY,**

    Defendant.

**Case No. 2:23-cv-3051**
**Judge Michael H. Watson**
**Magistrate Judge Deavers**

### ORDER MEMORIALIZING THE JUNE 18, 2025 IN-PERSON CONFERENCE

This Order memorializes the in-person status conference held on June 18, 2025.  Pursuant to that conference, the Court **ORDERS** the following.

Plaintiffs' joint brief on the "Appropriate Person" issue is due January 8, 2026.  Defendant's response is due January 29, 2026.  Plaintiffs' joint reply is due February 16, 2026.

The parties are **DIRECTED** to file on the docket all depositions as they are completed.

The parties are further **DIRECTED** to send to the judges' chambers email addresses within **SEVEN DAYS** Plaintiffs' most current **AGGREGATE** settlement demand (if any) or calculation of damages.

**IT IS SO ORDERED.**

*s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**

*s/Elizabeth A. Preston Deavers*
**ELIZABETH A. PRESTON DEAVERS**
**UNITED STATES MAGISTRATE JUDGE**