# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| STEVE SNYDER-HILL, et al., | Case No. 2:23-cv-02993 |
| Plaintiffs, | Judge Michael H. Watson |
| v. | Magistrate Judge Elizabeth P. Deavers |
| THE OHIO STATE UNIVERSITY, | |
| Defendant. | |

## NOTICE OF DEPOSITION COMPLETION

Pursuant to the Court's order dated June 23, 2025, the Parties jointly inform the Court that the deposition of Michael Murphy was held on July 9, 2025. The deposition of John Doe 72 was held on July 11, 2025. The deposition of Andy Geiger was held on July 16, 2025. The deposition of Jim Jordan was held on July 18, 2025.

Dated: July 21, 2025

Respectfully submitted,

EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP

By: /s/ Ilann M. Maazel
Ilann M. Maazel (admitted pro hac vice)
Debra L. Greenberger (admitted pro hac vice)
Sonya Levitova (admitted pro hac vice)
Hannah Brudney (admitted pro hac vice)
One Rockefeller Plaza, 8th Floor
New York, New York 10020
Phone: (212) 763-5000
Fax: (212) 763-5001
E-Mail: imaazel@ecbawm.com
E-Mail: dgreenberger@ecbawm.com
E-Mail: slevitova@ecbawm.com
E-Mail: hbrudney@ecbawm.com

SCOTT ELLIOTT SMITH, LPA
Scott E. Smith (0003749) (Trial Attorney)
2727 Tuller Pkwy, Suite 140
Dublin, OH 43017
Phone: (614) 846-1700
Fax: (614) 486-4987
E-Mail: ses@sestriallaw.com

PUBLIC JUSTICE, P.C.
Adele P. Kimmel (admitted pro hac vice)
Alexandra Brodsky (admitted pro hac vice)
1620 L Street, NW, Suite
630 Washington, DC 20036
Phone: (202) 797-8600
Fax: (202) 232-7203
E-mail: akimmel@publicjustice.net
E-mail: abrodsky@publicjustice.net

Attorneys for Plaintiffs in *Snyder-Hill, et al.*, Case No. 2:23-cv-02993

DAVE YOST
ATTORNEY GENERAL OF OHIO

Michael H. Carpenter (0015733) (Trial Attorney)
Timothy R. Bricker (0061872)
David J. Barthel (0079307)
Carpenter Lipps LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215
Phone: (614) 365-4100
Fax: (614) 365-9145
E-mail: carpenter@carpenterlipps.com
bricker@carpenterlipps.com
barthel@carpenterlipps.com

*Special Counsel for Defendant*
*The Ohio State University*