7/17/25, 3:37 AM
Rep Jim Jordan to be questioned under oath on Strauss sex abuse scandal | FOX 2
Case: 2:23-cv-02993-MHW-EPD Doc #: 120-3 Filed: 08/07/25 Page: 1 of 8 PAGEID #: 2279

FOX 2 



# Rep Jim Jordan to be questioned under oath on Strauss sex abuse scandal

Kevin Accettulla and Colleen Marshall   7 hours ago

COLUMBUS, Ohio ([WCMH](#)) – Rep. Jim Jordan (R-Ohio) will answer questions under oath in relation to the Richard Strauss sex abuse scandal at Ohio State University, sources have told Nexstar's WCMH.

After years of appeals, depositions are underway in the sexual abuse scandal involving Strauss, a former Ohio State University doctor. It has been seven years since the first lawsuits were filed against the university.



EXHIBIT
C

Jordan is set to be deposed on Friday in Washington. Former Ohio State Athletic Director Andy Geiger was deposed on Wednesday in Los Angeles.

### Columbus says village's speed cameras are straining city's resources

Jordan and Geiger are being questioned as part of civil lawsuits against the university. Neither have been charged with any crimes, but many have questioned what they knew about Strauss' behavior.

7/17/25, 3:37 AM
Case: 2:23-cv-02993-MHW-EPD Doc #: 120-3 Filed: 08/07/25 Page: 3 of 8 PAGEID #: 2281
Rep. Jim Jordan to be questioned under oath on Strauss sex abuse scandal | FOX 2



FILE – House Judiciary Committee Chair Rep. Jim Jordan, R-Ohio, speaks during a hearing, June 4, 2024, on Capitol Hill in Washington. (AP Photo/Jacquelyn Martin, File)

7/17/25, 3:37 AM
Rep. Jim Jordan to be questioned under oath on Strauss sex abuse scandal | FOX 2
Case: 2:23-cv-02993-MHW-EPD Doc #: 120-3 Filed: 08/07/25 Page: 4 of 8 PAGEID #: 2282



Ohio State athletic director Andy Geiger speaks during a news conference announcing his retirement Wednesday, Jan. 5, 2005, in Columbus, Ohio. (AP Photo/Jay LaPrete)

In a statement, a spokesperson for Jordan repeated earlier denials.

**Midwest Research Grou**

🗨 Tourette Study Now Enroll Charles

Are you or a loved one living or Tourette Syndrome (TS)? You may qualify to participate clinical research study focused advancing treatment options Tourette's.

"As everyone knows, Chairman Jordan never saw or heard of any abuse, and if he had, he would

Case: 2:23-cv-02993-MHW-EPD Doc #: 120-3 Filed: 08/07/25 Page: 5 of 8 PAGEID #: 2283

Sources told WCMH's Colleen Marshall that Geiger admitted to knowing that Strauss was taking overly-long showers with student athletes, but could not recall who told him that. He also admitted former fencing coach, the late Charlotte Remenyik, told him that Strauss was abusing students.

It's been reported that Remenyik complained to university officials about Strauss' behavior for at least a decade.

Attorneys for Ohio State University have also questioned some of the survivors, whose Title IX claims accuse the university of knowing what Strauss was doing, facilitating it, and concealing it.



Survivors have shared their anguished stories as they described being sexually abused, even being drugged and raped by Strauss. But they also shared their anger as they learned the Strauss assaults lasted for nearly 20 years, and they said university leaders, even their own coaches, knew.

At least four former wrestlers and one referee are on record saying they complained about Strauss to Jordan, a then-assistant wrestling coach.

HBO recently released a documentary about the scandal. Marshall was interviewed for the documentary after reporting on the scandal for many years. Ohio State was not involved in making the documentary.

The survivors of Strauss kept quiet for decades, internalizing their trauma, but back in 2018, they started talking.

Hundreds of the survivors of the 20-year-long string of sexual assaults by the Ohio State team doctor still have cases against the university pending in federal court.

In a previous statement to WCMH, an Ohio State University spokesperson said:

*Ohio State led the effort to investigate and expose Richard Strauss, and we express our deep regret*

Case: 2:23-cv-02993-MHW-EPD Doc #: 120-3 Filed: 08/07/25 Page: 7 of 8 PAGEID #: 2285

*survivors who participated in the independent investigation, which could not have been completed without their strength and courage. Since 2018, we have reached settlement agreements with more than half of the plaintiffs, 296 survivors, for more than $60 million. All male students who filed lawsuits have been offered the opportunity to settle. In addition, the university continues to cover the cost of professionally certified counseling services and other medical treatment, including reimbursement for counseling and treatment received in the past.*

Categories: National

You May Like                                    Sponsored Links by Taboola

**Artificial Intelligence Gives Traders Heads-Up on What's Coming Next**
Revolutionary neural network processes 630 data points per stock to predict trend reversals 1-3 days in advance. See it forecast live.
A.I. Trading Software                                                           Read More

**A.I. Gives Traders "3-Day Warning," Could Transform Stock Portfolios**
Revolutionary neural network processes 630 data points per stock to predict trend reversals 1-3 days in advance. See it forecast live.
A.I. Trading Software                                                           Read More

**First-Ever Vacation Home In Miami Could Pay You Every Month**
If you have $300k or more for a downpayment, this new vacation home could be for you.
Edgewater Times                                                                 Learn More

**Millionaire in the Making? AI Platform Transforms $900 into $38,000 in 30 Days for Beginners**
Early adopters report rapid gains with this AI system. Financial experts weigh in on the potential risks and rewards of automated investing.
FX Market Insights                                                              Read Now

**AI Bot Flips Wall Street on Its Head: Turns $1K into $50K in Record 30 Days**
A new AI trading robot reportedly generated a return of $14,158 from a $3,200 investment over the course of a week, according to verified trading records and third-party verification by MyFxBook.
FX Market Insights                                                              Read More

7/17/25, 3:37 AM
Rep. Jim Jordan to be questioned under oath on Strauss sex abuse scandal | FOX 2
Case: 2:23-cv-02993-MHW-EPD Doc #: 120-3 Filed: 08/07/25 Page: 8 of 8 PAGEID #: 2286

Wolf & Shepherd                                                          Shop Now

**FOX 2**

Back to top

Wolf & Shepherd                                                          Shop Now