# The Columbus Dispatch

COLUMNS

# HBO documentary 'Surviving Ohio State' cuts school to the core for ignoring assault claims



**Rob Oller**
Columbus Dispatch

Updated June 18, 2025, 8:28 a.m. ET

**Key Points**

- HBO's 'Surviving Ohio State' documentary exposes the long-ignored sexual abuse of students by former OSU doctor Richard Strauss.
- Former OSU wrestlers, including Dan Ritchie, share their experiences of abuse by Strauss, who conducted unnecessary genital checks.
- The documentary criticizes Ohio State for covering up Strauss's abuse and ignoring obvious signs of sexual misconduct.
- Former wrestlers express disappointment that Jim Jordan denies knowing about the abuse.

*Time and change will surely show*

*How firm thy friendship O-HI-O.*

Don't insult former Ohio State wrestler Dan Ritchie by singing those words, the lyrics to "Carmen Ohio." It is no firm friend that denies, deceives and looks the other way for more than a decade when sexual abuse is happening.

Ritchie's alma mater let him down. Let many of us down. That is the main message from HBO's damning documentary "Surviving Ohio State," which began airing June 17 and chronicles the rise and not-soon-enough fall of Dr. Richard Strauss, the former OSU doctor whose abuse of students, including many athletes, for years was ignored by university officials.

**EXHIBIT D**

Only when Ritchie and other former OSU wrestlers came forward in 2018 did Ohio State conduct an investigation that culminated in the release of a 230-page independent report that concluded Strauss sexually abused at least 177 students throughout his 20-year tenure as an athletics and student health doctor at the school. From 1979 until 1997, when his contract was not renewed, Strauss preyed upon young men, exhibiting behavior that was not just unprofessional but abusive.

**Need a break?** Play the USA TODAY Daily Crossword Puzzle.

"Surviving Ohio State" allows former OSU athletes, including Ritchie, who wrestled for the Buckeyes from 1988-92, to graphically share their memories. (Note: Probably best to label this one not suitable for children.)

"Dr. Strauss was our team doctor, and he did full body checks that resulted in a genital check, without fail," says Ritchie, who described himself as one of Strauss's "favorites."

"And the man never wore gloves," Ritchie adds.

I can vouch for that. As a member of the Ohio State track team from 1980-84, I was subjected to Strauss's examinations – cough, cough – but much less frequently, and without the disgusting methods described by Ritchie and several of his teammates.

The documentary, which runs nearly two hours, includes interviews with former Ohio State hockey player Al Novakowski; OSU alum/non-athlete Stephen Snyder-Hill, whose attempts at reporting Strauss were largely ignored; and former wrestling referee Frederick Feeney, whose recollections of Strauss are chilling, as is his indictment of Jim Jordan, who helped coach the Buckeyes' wrestlers before being elected to the U.S. House of Representatives.

## Jim Jordan squarely in crosshairs of HBO documentary

"Surviving Ohio State" takes dead aim at Jordan and former OSU coach Russ Hellickson, as multiple former wrestlers pull no punches in saying how

disappointed they are that both coaches deny having known of the abuse perpetrated by Strauss.

I never felt molested by Strauss, and do not consider myself to have been sexually violated, but the man lingered down there longer than he needed to, so I do not question the validity of athletes who were forced to drop their pants, even when their only ailment was a sprained ankle. Their sincere accounts ring true, and it should pain all of us that they have been ridiculed for complaining about what happened 30 years ago.

"Reading things on social media, it almost feels like I'm not the victim, that I was the problem," says Mike Schyck, who wrestled for OSU from 1990-93. "I'm not the problem. We're not the problem. Some bad man was the problem."

There is a segment of society that rolls its eyes over what happened to these young men, arguing that Strauss is dead, having committed suicide in 2005, so they should get on with their lives. Further, if things were so bad, why didn't they confront Strauss themselves?

Former OSU wrestler Mark Coleman addresses the question.

"What he's actually doing to me … maybe it wasn't even wrong. I didn't know," Coleman says.

How can that be? A doctor turns off the lights in the examination room and puts his face only inches from, well, you know, and you don't take a swing at him?

The explanation for such lack of action by the victims is simple. Strauss, in a position of power and expertise, had the authority. The athletes didn't.

OK, but why didn't victims report the abuse when it happened?

Case: 2:23-cv-02993-MHW-EPD Doc #: 120-4 Filed: 08/07/25 Page: 4 of 5 PAGEID #: 2290

# Ohio State looked other way as athlete complaints mounted

They say they did. No one listened, even when Charlotte Remenyik, who coaches men's and women's fencing, approached university officials with concerns. The documentary rightly rails against Strauss for committing the crimes, but it also takes Ohio State to task for what it concludes was a monumental cover-up.

In one of the more scathing attacks on OSU's administrative character, civil rights attorney Ilann M. Maazel looks into the camera and delivers a line that even Michigan fans will say cuts to the bone.

"If there is one thing OSU is good at, other than football, it is deceit," Maazel says.

As evidence, Maazel asserts that even as OSU administrators and the board of trustees sympathized with victims who shared their concerns during a board meeting in 2020, behind the scenes, university lawyers were already working to get a lawsuit seeking damages against the school dismissed, arguing the statute of limitations had expired.

"Integrity is what defines you," Schyck says.

It is natural to feel for the victims, less natural to be angry at the institution that helped educate many of us, but I seethed as the documentary revealed time and again that Ohio State *chose* to ignore the situation, too often claiming it could not act on rumors when it knew darn well that Strauss was abusing students.

"I bleed scarlet and gray," Schyck says. "But we were let down by this university."

Until watching the documentary, I mostly shrugged off Strauss' behavior as more odd than abusive, and considered OSU more ignorant than shamefully self-protective. To that end, I declined when Ohio State encouraged former athletes to contact investigators if they had suffered abuse. I was not interested in any settlement score that might accompany me coming forward, a number that turned out to be between $35,000 and $250,000 per victim.

I do not regret forfeiting potential financial gain, just as I do not resent those who sought it. No one deserves to feel violated by a team or university doctor. Not then. Not now. Not ever. And there needs to be consequences for ignoring the truth.

"People ask, 'Do I want money out of this?' "Yeah, I do," Ritchie said. "And I'll tell you why: You punish somebody with a $5 fine and say, 'Don't do it again,' and they'll come back and … do it again. You have to hit them where it counts, and that's the money (Ohio State) has to shell out because they did not protect the athletes they were supposed to protect."

Bingo. The documentary makes clear that Ohio State dropped the ball. On purpose. At least in this instance, firm thy friendship, my foot.

*Sports columnist Rob Oller can be reached at roller@dispatch.com and on X.com at @rollerCD. Read his columns from the Buckeyes' national championship season in "Scarlet Reign," a hardcover coffee-table collector's book from The Dispatch. Details at OhioState.Champs.com*

This story was updated to add photos.