# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JOHN DOE 162, et al., | |
| Plaintiffs, | Case No. 2:23-cv-00291 |
| v. | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | Magistrate Judge Elizabeth P. Deavers |
| Defendant. | |
| STEVE SNYDER-HILL, et al., | |
| Plaintiffs, | Case No. 2:23-cv-02993 |
| v. | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | Magistrate Judge Elizabeth P. Deavers |
| Defendant. | |
| WILLIAM KNIGHT, et al., | |
| Plaintiffs, | Case No. 2:23-cv-02994 |
| v. | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | Magistrate Judge Elizabeth P. Deavers |
| Defendant. | |
| JOHN DOE., | |
| Plaintiff, | Case No. 2:23-cv-2996 |
| v. | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | Magistrate Judge Elizabeth P. Deavers |
| Defendant. | |

| | |
|---|---|
| EDWARD GONZALES, et al., | Case No. 2:23-cv-3051 |
| Plaintiffs, | |
| v. | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | Magistrate Judge Elizabeth P. Deavers |
| Defendant. | |

## NOTICE OF DEPOSITION COMPLETION

Pursuant to the Court's order dated June 23, 2025, the Parties jointly inform the Court that the deposition of John Doe 4 (*Knight*) was held on July 23, 2025. The deposition of John Doe 14 (*Knight*) was held on July 24, 2025. The deposition of Russ Hellickson was held on July 31, 2025. The deposition of John Doe 59 (*Gonzales*) was held on August 6, 2025. The deposition of John Doe 95 (*Gonzales*) was held on August 7, 2025.

Respectfully submitted,

        EMERY CELLI BRINCKERHOFF ABADY
        WARD & MAAZEL LLP

        By:   /s/ Sonya Levitova
        Ilann M. Maazel (admitted *pro hac vice*)
        Debra L. Greenberger (admitted *pro hac vice*)
        Sonya Levitova (admitted *pro hac vice*)
        Hannah Brudney (admitted *pro hac vice*)
        One Rockefeller Plaza, 8th Floor
        New York, New York 10020
        Phone: (212) 763-5000
        Fax: (212) 763-5001
        E-Mail: imaazel@ecbawm.com
        E-Mail: dgreenberger@ecbawm.com
        E-Mail: slevitova@ecbawm.com
        E-Mail: hbrudney@ecbawm.com

        SCOTT ELLIOTT SMITH, LPA
        Scott E. Smith (0003749)
        2727 Tuller Pkwy, Suite 140
        Dublin, Ohio 43017
        Phone: (614) 846-1700

Fax: (614) 486-4987
E-Mail: ses@sestriallaw.com

PUBLIC JUSTICE
   Adele P. Kimmel (admitted *pro hac vice*)
   Alexandra Z. Brodsky (admitted *pro hac vice*)
   1620 L Street, NW, Suite
   630 Washington, DC 20036
   Phone: (202) 797-8600
   Fax: (202) 232-7203
   E-mail: akimmel@publicjustice.net
   E-mail: abrodsky@publicjustice.net

Attorneys for Plaintiffs in *Snyder-Hill, et al.* Case No. 2:23-cv-02993

RATLIFF LAW OFFICE
   J.C. Ratliff (0027898) (Trial Attorney)
   Rocky Ratliff (0089781)
   200 West Center Street
   Marion, Ohio 43302
   Telephone: 740.383.6023
   Facsimile: 740.383.2066
   E-mail: attorney.ratliff@gmail.com
   E-mail: attorneyrockyratliff@gmail.com

Attorneys for Plaintiffs in *Knight, et al.* Case No. 2:23-cv-02994

LAW OFFICES OF JOHN C. CAMILLUS, LLC
   John C. Camillus (0077435) (Trial Attorney)
   P.O. Box 141410
   Columbus, Ohio 43214
   (614) 992-1000
   (614) 559-6731 (facsimile)
   E-mail: jcamillus@camilluslaw.com

MEISTER SELIG & FEIN LLP
   Mitchell Schuster, Esq. (admitted pro hac vice)
   Benjamin D. Bianco, Esq. (admitted pro hac vice)
   Michael P. Regan (admitted pro hac vice)
   Mitchell Schuster (admitted pro hac vice)
   125 Park Avenue, 7th Floor
   New York, New York 10017
   (212) 655-3500

    (646) 564-4804 (facsimile)
    E-mail: bdb@msf-law.com
    E-mail: mpr@msf-law.com
    E-mail: ms@msf-law.com

Attorneys for Plaintiff in *Gresock*, Case No. 2:23-cv-02996

THE LAW OFFICES OF SIMINA VOURLIS
    Simina Vourlis (0046689) (Trial Attorney)
    856 Pullman Way
    Columbus, OH 43212-3860
    Phone: (614) 487-5900
    Fax: (614) 487-5901
    Email: svourlis@vourlislaw.com

SHARP LAW, LLP
    Rex A. Sharp (admitted pro hac vice)
    Sarah T. Bradshaw (admitted pro hac vice)
    Nathan Kakazu (admitted pro hac vice)
    4820 W. 75th Street
    Prairie Village, KS 66208
    (913) 901-0505
    rsharp@midwest-law.com
    sbradshaw@midwest-law.com
    nkakazu@midwest-law.com

ESTEY & BOMBERGER LLP
    Stephen Estey (admitted pro hac vice)
    2869 India Street
    San Diego, CA 92103
    619-295-0035
    619-295-0172 fax
    steve@estey-bomberger.com

KARON LLC
    Daniel R. Karon
    700 W. St. Clair Ave., Suite 200
    Cleveland, OH 44113
    Tel.: 216.622.1851
    dkaron@karonllc.com

SAUDER SCHELKOPF LLC
    Joseph Sauder (admitted pro hac vice)
    Joseph Kenney (admitted pro hac vice)
    1109 Lancaster Avenue

    Berwyn, PA 19312
    (610) 200-0580
    (610) 421-1326
    jgs@sstriallawyers.com
    jbk@sstriallawyers.com

Attorneys for Plaintiffs in *Gonzales, et al.*, Case No. 2:23-cv-3051

WRIGHT & SCHULTE, LLC
    Richard W. Schulte (0066031) (Trial Attorney)
    Stephen D. Behnke (0072805)
    Jacob A. Gebelle (0093528)
    865 S. Dixie Dr.
    Vandalia, OH 45377
    (937) 435-7500
    (937) 435-7511 facsimile
    rschulte@yourlegalhelp.com
    sbehnke@yourlegalhelp.com
    jgebelle@yourlegalhelp.com

WRIGHT & SCHULTE, LLC
    Michael L Wright (0067698)
    130 W. Second Street, Suite 1600
    Dayton, OH 45402
    (937) 222-7477
    (937) 222-7911 facsimile
    mwright@yourlegalhelp.com

WRIGHT & SCHULTE, LLC
    Dennis P Mulvihill (0063896)
    23139 Chagrin Blvd., Suite 620
    Cleveland, OH 44022
    (216) 591-0132
    (216) 591-0622 facsimile
    dmulvihill@yourlegalhelp.com

Attorneys for Plaintiffs in *John Doe 162, et al.*, Case No. 2:23-cv-02991

DAVE YOST
ATTORNEY GENERAL OF OHIO

 Michael H. Carpenter (0015733) (Trial Attorney)
 Timothy R. Bricker (0061872)
 David J. Barthel (0079307)
 Carpenter Lipps LLP

5

        280 Plaza, Suite 1300
        280 North High Street
        Columbus, OH 43215
        Phone: (614) 365-4100
        Fax: (614) 365-9145
        E-mail: carpenter@carpenterlipps.com
           bricker@carpenterlipps.com
           barthel@carpenterlipps.com

*Special Counsel for Defendant*
*The Ohio State University*