UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN DOE 162,

    Plaintiff,

v.

THE OHIO STATE UNIVERSITY,

    Defendant.

Case No. 2:23-cv-2991
Judge Michael H. Watson
Magistrate Judge Deavers

---

STEVE SNYDER-HILL, *et al.*,

    Plaintiffs,

v.

THE OHIO STATE UNIVERSITY,

    Defendant.

Case No. 2:23-cv-2993
Judge Michael H. Watson
Magistrate Judge Deavers

---

WILLIAM KNIGHT, *et al.*,

    Plaintiffs,

v.

THE OHIO STATE UNIVERSITY,

    Defendant.

Case No. 2:23-cv-2994
Judge Michael H. Watson
Magistrate Judge Deavers

| | |
|---|---|
| **STEVE GRESOCK,** | |
|     Plaintiff, | |
|     v. | **Case No. 2:23-cv-2996**<br>**Judge Michael H. Watson**<br>**Magistrate Judge Deavers** |
| **THE OHIO STATE UNIVERSITY,** | |
|     Defendant. | |

---

| | |
|---|---|
| **EDWARD GONZALES,** *et al.*, | |
|     Plaintiff, | |
|     v. | **Case No. 2:23-cv-3051**<br>**Judge Michael H. Watson**<br>**Magistrate Judge Deavers** |
| **THE OHIO STATE UNIVERSITY,** | |
|     Defendant. | |

---

## ORDER

In July 2025, the Court appointed former United States District Judge Layn Phillips to mediate these cases. To facilitate mediation and consistent with the Protective Order entered in these cases, the parties are **ORDERED** to provide Judge Phillips and his mediation team, including Sixth Circuit Mediator Catherine C. Geyer, with copies of such documents and materials as they may request in conducting the mediation process. The Court **EXPECTS** all parties to cooperate in furnishing requested documents and information to Judge Phillips and his team so as to achieve a just, speedy, and cost-effective resolution of these cases.

    IT IS SO ORDERED.

                                                   /s/ Michael H. Watson
                                                   **MICHAEL H. WATSON, JUDGE**
                                                   **UNITED STATES DISTRICT COURT**