UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JOHN DOE 162,** *et al.***,**

    **Plaintiffs,**

  **v.**

**THE OHIO STATE UNIVERSITY,**

    **Defendant.**

**Case No. 2:23-cv-2991**
**Judge Michael H. Watson**
**Magistrate Judge Elizabeth P. Deavers**

---

**STEVE SNYDER-HILL,** *et al.***,**

    **Plaintiffs,**

  **v.**

**THE OHIO STATE UNIVERSITY,**

    **Defendant.**

**Case No. 2:23-cv-2993**
**Judge Michael H. Watson**
**Magistrate Judge Elizabeth P. Deavers**

---

**WILLIAM KNIGHT,** *et al.***,**

    **Plaintiffs,**

  **v.**

**THE OHIO STATE UNIVERSITY,**

    **Defendant.**

**Case No. 2:23-cv-2994**
**Judge Michael H. Watson**
**Magistrate Judge Elizabeth P. Deavers**

**EDWARD GONZALEZ**, *et al.*,

    Plaintiffs,

v.

**THE OHIO STATE UNIVERSITY,**

    Defendant.

**Case No. 2:23-cv-3051**
**Judge Michael H. Watson**
**Magistrate Judge Elizabeth P. Deavers**

## ORDER

Having reviewed the parties' position statements regarding Plaintiffs' request for certain information and documents in Defendant's custody and control related to the Perkins Coie investigation, the Court orders formal briefing.  Accordingly, Plaintiffs are **DIRECTED** to raise their issues by way of a motion to compel filed no later than **OCTOBER 30, 2025**.  The default briefing schedule shall apply.  The parties are advised that, under this circumstance, the Court will not entertain any expense or fee requests under Federal Rule of Civil Procedure 37.

    **IT IS SO ORDERED**.

**Date: October 16, 2025**

    */s/ Elizabeth A. Preston Deavers*
    **ELIZABETH A. PRESTON DEAVERS**
    **UNITED STATES MAGISTRATE JUDGE**