**THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| JOHN DOE 162, et al., | |
|                Plaintiffs, | Case No. 2:23-cv-00291 |
| v. | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | Magistrate Judge Elizabeth P. Deavers |
|                Defendant. | |
| STEVE SNYDER-HILL, et al., | |
|                Plaintiffs, | Case No. 2:23-cv-02993 |
| v. | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | Magistrate Judge Elizabeth P. Deavers |
|                Defendant. | |
| WILLIAM KNIGHT, et al., | |
|                Plaintiffs, | Case No. 2:23-cv-02994 |
| v. | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | Magistrate Judge Elizabeth P. Deavers |
|                Defendant. | |
| STEVE GRESOCK, | |
|                Plaintiff, | Case No. 2:23-cv-2996 |
| v. | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | Magistrate Judge Elizabeth P. Deavers |
|                Defendant. | |

EDWARD GONZALES, et al.,

          Plaintiffs,

    v.

THE OHIO STATE UNIVERSITY,

          Defendant.

Case No. 2:23-cv-3051

Judge Michael H. Watson

Magistrate Judge Elizabeth P. Deavers

## <u>NOTICE OF DEPOSITION COMPLETION</u>

Pursuant to the Court's order dated June 23, 2025, the Parties jointly inform the Court that the deposition of Francis LaChappelle was held on October 14, 2025. The deposition of Vince O'Brien was held on October 16, 2025. The deposition of John Macko was held on October 28, 2025. The deposition of Peter Kormann was held on October 31, 2025. The deposition of Larry Romanoff was held on November 4, 2025. The deposition of Archie Griffin was held on November 6, 2025. The depositions of David Henderson and Mary Ann Joseph were held on November 12, 2025. The deposition of John Doe 101 (*Snyder-Hill*) was held on November 14, 2025.

Dated: November 14, 2025

Respectfully submitted,

EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP

By: _/s/ Sonya Levitova_
Ilann M. Maazel (admitted *pro hac vice*)
Debra L. Greenberger (admitted *pro hac vice*)
Sonya Levitova (admitted *pro hac vice*)
Hannah Brudney (admitted *pro hac vice*)
One Rockefeller Plaza, 8th Floor
New York, New York 10020
Phone: (212) 763-5000
Fax: (212) 763-5001
E-Mail: imaazel@ecbawm.com
E-Mail: dgreenberger@ecbawm.com

2

E-Mail: slevitova@ecbawm.com
E-Mail: hbrudney@ecbawm.com

SCOTT ELLIOTT SMITH, LPA
    Scott E. Smith (0003749)
    2727 Tuller Pkwy, Suite 140
    Dublin, Ohio 43017
    Phone: (614) 846-1700
    Fax: (614) 486-4987
    E-Mail:ses@sestriallaw.com

PUBLIC JUSTICE
    Adele P. Kimmel (admitted *pro hac vice*)
    Alexandra Z. Brodsky (admitted *pro hac vice*)
    1620 L Street, NW, Suite
    630 Washington, DC 20036
    Phone: (202) 797-8600
    Fax: (202) 232-7203
    E-mail: akimmel@publicjustice.net
    E-mail: abrodsky@publicjustice.net

Attorneys for Plaintiffs in *Snyder-Hill, et al.* Case
No. 2:23-cv-02993

RATLIFF LAW OFFICE
    J.C. Ratliff (0027898) (Trial Attorney)
    Rocky Ratliff (0089781)
    200 West Center Street
    Marion, Ohio 43302
    Telephone: 740.383.6023
    Facsimile: 740.383.2066
    E-mail: attorney.ratliff@gmail.com
    E-mail: attorneyrockyratliff@gmail.com

Attorneys for Plaintiffs in *Knight, et al.* Case No.
2:23-cv-02994

LAW OFFICES OF JOHN C. CAMILLUS, LLC
    John C. Camillus (0077435) (Trial Attorney)
    P.O. Box 141410
    Columbus, Ohio 43214
    (614) 992-1000
    (614) 559-6731 (facsimile)
    E-mail: jcamillus@camilluslaw.com

MEISTER SELIG & FEIN LLP

Mitchell Schuster, Esq. (admitted pro hac vice)
Benjamin D. Bianco, Esq. (admitted pro hac vice)
Michael P. Regan (admitted pro hac vice)
Mitchell Schuster (admitted pro hac vice)
125 Park Avenue, 7th Floor
New York, New York 10017
(212) 655-3500
(646) 564-4804 (facsimile)
E-mail: bdb@msf-law.com
E-mail: mpr@msf-law.com
E-mail: ms@msf-law.com

Attorneys for Plaintiff in *Gresock*, Case No. 2:23-cv-02996

THE LAW OFFICES OF SIMINA VOURLIS
Simina Vourlis (0046689) (Trial Attorney)
856 Pullman Way
Columbus, OH 43212-3860
Phone: (614) 487-5900
Fax: (614) 487-5901
Email: svourlis@vourlislaw.com

SHARP LAW, LLP
Rex A. Sharp (admitted pro hac vice)
Sarah T. Bradshaw (admitted pro hac vice)
Nathan Kakazu (admitted pro hac vice)
4820 W. 75th Street
Prairie Village, KS 66208
(913) 901-0505
rsharp@midwest-law.com
sbradshaw@midwest-law.com
nkakazu@midwest-law.com

ESTEY & BOMBERGER LLP
Stephen Estey (admitted pro hac vice)
2869 India Street
San Diego, CA 92103
619-295-0035
619-295-0172 fax
steve@estey-bomberger.com

KARON LLC
Daniel R. Karon
700 W. St. Clair Ave., Suite 200

4

Cleveland, OH 44113
Tel.: 216.622.1851
dkaron@karonllc.com

SAUDER SCHELKOPF LLC
   Joseph Sauder (admitted pro hac vice)
   Joseph Kenney (admitted pro hac vice)
   1109 Lancaster Avenue
   Berwyn, PA 19312
   (610) 200-0580
   (610) 421-1326
   jgs@sstriallawyers.com
   jbk@sstriallawyers.com

Attorneys for Plaintiffs in *Gonzales, et al*., Case
No. 2:23-cv-3051

WRIGHT & SCHULTE, LLC
   Richard W. Schulte (0066031) (Trial Attorney)
   Stephen D. Behnke (0072805)
   Jacob A. Gebelle (0093528)
   865 S. Dixie Dr.
   Vandalia, OH 45377
   (937) 435-7500
   (937) 435-7511 facsimile
   rschulte@yourlegalhelp.com
   sbehnke@yourlegalhelp.com
   jgebelle@yourlegalhelp.com

WRIGHT & SCHULTE, LLC
   Michael L Wright (0067698)
   130 W. Second Street, Suite 1600
   Dayton, OH 45402
   (937) 222-7477
   (937) 222-7911 facsimile
   mwright@yourlegalhelp.com

WRIGHT & SCHULTE, LLC
   Dennis P Mulvihill (0063896)
   23139 Chagrin Blvd., Suite 620
   Cleveland, OH 44022
   (216) 591-0132
   (216) 591-0622 facsimile
   dmulvihill@yourlegalhelp.com

Attorneys for Plaintiffs in *John Doe 162, et al*.,
Case No. 2:23-cv-02991

DAVE YOST
ATTORNEY GENERAL OF OHIO

Michael H. Carpenter (0015733) (Trial Attorney)
Timothy R. Bricker (0061872)
David J. Barthel (0079307)
Carpenter Lipps LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215
Phone: (614) 365-4100
Fax: (614) 365-9145
E-mail: carpenter@carpenterlipps.com
bricker@carpenterlipps.com
barthel@carpenterlipps.com

*Special Counsel for Defendant*
*The Ohio State University*