THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE 162, et al., | |
| Plaintiffs, | Case No. 2:23-cv-02991 |
| v. | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | Magistrate Judge Elizabeth P. Deavers |
| Defendant. | |
| STEVE SNYDER-HILL, et al., | |
| Plaintiffs, | Case No. 2:23-cv-02993 |
| v. | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | Magistrate Judge Elizabeth P. Deavers |
| Defendant. | |
| WILLIAM KNIGHT, et al., | |
| Plaintiffs, | Case No. 2:23-cv-02994 |
| v. | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | Magistrate Judge Elizabeth P. Deavers |
| Defendant. | |
| STEVE GRESOCK, | |
| Plaintiff, | Case No. 2:23-cv-02996 |
| v. | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | Magistrate Judge Elizabeth P. Deavers |
| Defendant. | |

|  |  |
|---|---|
| EDWARD GONZALES, et al.,<br><br>            Plaintiffs,<br>v.<br><br>THE OHIO STATE UNIVERSITY,<br><br>            Defendant. | Case No. 2:23-cv-3051<br><br>Judge Michael H. Watson<br><br>Magistrate Judge Elizabeth P. Deavers |

**PARTIES' JOINT MOTION TO EXTEND CASE DEADLINES**

Pursuant to S.D. Ohio Civ. R. 7.3(a) and Fed. R. Civ. P. 6(b)(1)(A), the parties jointly request an extension of case deadlines related to (1) briefing on the "appropriate person" issue, i.e., "who at OSU was an 'administrator with authority to take corrective action' such that their knowledge can be imputed as OSU's knowledge under Title IX"; (2) fact discovery; and (3) submissions of proposed bellwether trial plaintiffs. *See* April 11, 2025 Case Management Order No. 4[1]; *see also* June 23, 2025 Order Memorializing the June 18, 2025 In-Person Conference.[2]

Good cause exists for the extensions. The Court has ordered the parties to "concurrently proceed with discovery on the bellwether matters" and mediation. *See* July 18, 2025 Order;[3] *see also* August 12, 2025 Order ("As discussed previously, mediation shall not affect the on-going conduct of discovery on the twenty selected Discovery Plaintiffs or any previously established deadline.").[4] The Court also indicated the parties could approach it about extending litigation

---

[1] *John Doe 162, et al.*, Case No. 2:23-cv-2991, ECF No. 63; *Snyder-Hill, et al.*, Case No. 2:23-cv-2993, ECF No. 103; *Knight, et al.*, Case No. 2:23-cv-2994, ECF No. 72; *Gresock*, Case No. 2:23-cv-2996, ECF No. 64; *Gonzales, et al.*, Case No. 2:23-cv-3051, ECF No. 105.
[2] *John Doe 162, et al.*, Case No. 2:23-cv-2991, ECF No. 72; *Snyder-Hill, et al.*, Case No. 2:23-cv-2993, ECF No. 112; *Knight, et al.*, Case No. 2:23-cv-2994, ECF No. 79; *Gresock*, Case No. 2:23-cv-2996, ECF No. 76; *Gonzales, et al.*, Case No. 2:23-cv-3051, ECF No. 112.
[3] *John Doe 162, et al.*, Case No. 2:23-cv-2991, ECF No. 74; *Snyder-Hill, et al.*, Case No. 2:23-cv-2993, ECF No. 117; *Knight, et al.*, Case No. 2:23-cv-2994, ECF No. 81; *Gresock*, Case No. 2:23-cv-2996, ECF No. 78; *Gonzales, et al.*, Case No. 2:23-cv-3051, ECF No. 116.
[4] *John Doe 162, et al.*, Case No. 2:23-cv-2991, ECF No. 76; *Snyder-Hill, et al.*, Case No. 2:23-cv-2993, ECF No. 122; *Knight, et al.*, Case No. 2:23-cv-2994, ECF No. 84; *Gresock*, Case No. 2:23-cv-2996, ECF No. 80; *Gonzales, et al.*, Case No. 2:23-cv-3051, ECF No. 125.

deadlines to "accommodate" the mediation. *See* August 12, 2025 Order ("Should the parties wish to extend any litigation deadlines to accommodate mediation, they shall so move.").

The parties respectfully submit that the extensions are warranted to allow the parties sufficient time to concurrently mediate and complete fact discovery, including fact discovery that could potentially relate to the parties' briefing on the "appropriate person" issue and the parties' proposed bellwether trial plaintiffs. Accordingly, the parties respectfully request that the Court grant the requested extensions and modify the existing case schedule as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs' Joint Brief on "Appropriate Person" Issue | January 8, 2026 | May 4, 2026 |
| OSU's Response Brief | January 29, 2026 | May 25, 2026 |
| Plaintiffs' Joint Reply Brief | February 16, 2026 | June 8, 2026 |
| Fact Discovery | March 31, 2026 | May 1, 2026 |
| Submissions of Proposed Bellwether Trial Plaintiffs | April 15, 2026 | May 15, 2026 |

This request is made in good faith and is not intended to unreasonably delay the proceedings. The parties appreciate the Court's consideration of this request.

Respectfully submitted,

Attorneys for Plaintiffs:

/s/ Sarah T. Bradshaw by /s/ Michael H. Carpenter per email authorization on December 1, 2025
Rex A. Sharp
Sarah T. Bradshaw
Nathan A. Kakazu
Bradley Thomas
SHARP LAW, LLP
4820 W. 75th Street
Prairie Village, KS 66208
Phone : (913) 901-0505
Fax : (913) 261-7564
rsharp@midwest-law.com
sbradshaw@midwest-law.com
nkakazu@midwest-law.com

Attorneys for Defendant Ohio State:

DAVE YOST
ATTORNEY GENERAL OF OHIO

/s/ Michael H. Carpenter
Michael H. Carpenter (0015733) (Trial Attorney)
Timothy R. Bricker (0061872)
Michael N. Beekhuizen (0065722)
David J. Barthel (0079307)
CARPENTER LIPPS LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215
Phone: (614) 365-4100
Fax: (614) 365-9145

3

bthomas@midwest-law.com

Simina Vourlis (0046689) (Trial Attorney)
The Law Offices of Simina Vourlis
856 Pullman Way
Columbus, OH 43212-3860
Phone: (614) 487-5900
Fax: (614) 487-5901
Email: svourlis@vourlislaw.com

Stephen Estey
ESTEY & BOMBERGER LLP
2869 India Street
San Diego, CA 92103
Phone: 619-295-0035
Fax: 619-295-0172
steve@estey-bomberger.com

Daniel R. Karon
KARON LLC
700 W. St. Clair Ave., Suite 200
Cleveland, OH 44113
Phone: 216.622.1851
dkaron@karonllc.com

Joseph Sauder
SAUDER SCHELKOPF LLC
555 Lancaster Avenue
Berwyn, PA 19312
Phone: (610) 200-0580
Fax: (610) 421-1326
jgs@sstriallawyers.com

Counsel for the *Gonzales* Plaintiffs
(*Gonzales, et al.*, Case No. 2:23-cv-3051)
SCOTT ELLIOTT SMITH, LPA
Scott E. Smith (0003749)
5003 Horizons Drive, Suite 100
Columbus, Ohio 43220
Phone: (614) 846-1700
Fax: (614) 486-4987
E-Mail:ses@sestriallaw.com

Ilann M. Maazel (admitted pro hac vice)
Debra L. Greenberger (admitted pro hac vice)
600 Fifth Avenue

E-mail:carpenter@carpenterlipps.com
bricker@carpenterlipps.com
beekhuizen@carpenterlipps.com
barthel@carpenterlipps.com

Special Counsel for Defendant
The Ohio State University

4

New York, New York 10020
Phone: (212) 763-5000
Fax: (212) 763-5001
E-Mail: imaazel@ecbawm.com
E-Mail: dgreenberger@ecbawm.com

Adele P. Kimmel (admitted pro hac vice)
Alexandra Brodsky (admitted pro hac vice)
PUBLIC JUSTICE, P.C.
1620 L Street, NW, Suite 630 Washington, DC 20036
Phone: (202) 797-8600
Fax: (202) 232-7203
E-mail: akimmel@publicjustice.net

Counsel for the *Snyder-Hill* Plaintiffs
(*Snyder-Hill, et al.*, Case No. 2:23-cv-02993)

J.C. Ratliff (0027898)
Rocky Ratliff (0089781)
200 West Center Street
Marion, Ohio 43302
Telephone: 740.383.6023
Facsimile: 740.383.2066
attorney.ratliff@gmail.com
attorneyrockyratliff@gmail.com

Counsel for the *Knight* Plaintiffs (*Knight, et al.* Case No. 2:23-cv-02994)

**CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing was filed electronically on December 2, 2025. Notice was sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel. The parties may access this filing through the Court's ECF system.

/s/ Michael H. Carpenter
Michael H. Carpenter

Trial Attorney for Defendant The Ohio State University