THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE 162, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE OHIO STATE UNIVERSITY,<br><br>    Defendant. | Case No. 2:23-cv-02991<br><br>Judge Michael H. Watson<br><br>Magistrate Judge Elizabeth P. Deavers |
| STEVE SNYDER-HILL, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE OHIO STATE UNIVERSITY,<br><br>    Defendant. | Case No. 2:23-cv-02993<br><br>Judge Michael H. Watson<br><br>Magistrate Judge Elizabeth P. Deavers |
| WILLIAM KNIGHT, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE OHIO STATE UNIVERSITY,<br><br>    Defendant. | Case No. 2:23-cv-02994<br><br>Judge Michael H. Watson<br><br>Magistrate Judge Elizabeth P. Deavers |
| STEVE GRESOCK,<br><br>    Plaintiff,<br><br>v.<br><br>THE OHIO STATE UNIVERSITY,<br><br>    Defendant. | Case No. 2:23-cv-02996<br><br>Judge Michael H. Watson<br><br>Magistrate Judge Elizabeth P. Deavers |

| | |
|---|---|
| EDWARD GONZALES, et al.,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>THE OHIO STATE UNIVERSITY,<br><br>　　　　　Defendant. | Case No. 2:23-cv-3051<br><br>Judge Michael H. Watson<br><br>Magistrate Judge Elizabeth P. Deavers |

**DEFENDANT THE OHIO STATE UNIVERSITY'S
RESPONSE TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF
THE UNREDACTED MEDICAL BOARD FILE FOR CASE 96-1534A**

On May 16, 2019, this Court previously denied Ohio State's own motion seeking an order from the Court authorizing Ohio State to publicly release portions of the independent Perkins Coie Report which discussed confidential information sourced from the Medical Board file. *See* May 16, 2019 Opinion and Order, Case No. 2:18-cv-692, ECF No. 89; *id.*, Case No. 2:18-cv-736, ECF No. 69. The Court's ruling was correct. Further, it appears nothing has changed since the Court's ruling that would permit Ohio State to disclose the confidential information contained in the unredacted Medical Board file to plaintiffs. R.C. 4731.22(F)(5) still provides that "information received by the board pursuant to an investigation ***is confidential and not subject to discovery in any civil action***" and that a governmental agency (here, Ohio State) receiving confidential information from the Medical Board "shall comply with the ***same*** requirements regarding confidentiality as those with which the state medical board must comply[.]" (emphasis added).[1]

Ohio State does not want to violate this Court's prior order or the law governing the unredacted Medical Board file. If the Court is inclined to order the production of the unredacted

---

[1] Even when providing the unredacted Medical Board file to Ohio State, the Medical Board still redacted social security numbers and information regarding unrelated complaints from the unredacted Medical Board file. S*ee* Dec. 4, 2018 Letter from Medical Board to Porter Wright, Case No. 2:18-cv-692, ECF No. 79-1; *id.*, Case No. 2:18-cv-736, ECF No. 60-1.

2

Medical Board file to plaintiffs in discovery notwithstanding R.C. 4731.22(F)(5), however, Ohio State respectfully requests that (1) the Court order that such production should be made by the Medical Board as the original source of the file, not by Ohio State;[2] and (2) the Court make no determination at this time regarding whether the Medical Board file is admissible.

      Respectfully submitted,

      DAVE YOST
      ATTORNEY GENERAL OF OHIO

      /s/ Michael H. Carpenter
      Michael H. Carpenter (0015733) (Trial Attorney)
      Timothy R. Bricker (0061872)
      Michael N. Beekhuizen (0065722)
      David J. Barthel (0079307)
      CARPENTER LIPPS LLP
      280 Plaza, Suite 1300
      280 North High Street
      Columbus, OH 43215
      Phone: (614) 365-4100
      Fax: (614) 365-9145
      carpenter@carpenterlipps.com
      bricker@carpenterlipps.com
      beekhuizen@carpenterlipps.com
      barthel@carpenterlipps.com

      Special Counsel for Defendant
      The Ohio State University

---

[2] Although plaintiffs indicate they attempted to obtain the unredacted Medical Board file from the Medical Board via a subpoena and the Medical Board refused to provide it, it is not clear if plaintiffs have informed the Medical Board they are now demanding that Ohio State and/or the Medical Board produce the unredacted Medical Board file in discovery in these matters. *See* Jan. 23, 2026 Motion to Compel, Case No. 2:23-cv-2993, ECF No. 146, at PageID# 2670, 2672.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically on February 13, 2026.  Notice was sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel.  The parties may access this filing through the Court's ECF system.

/s/ Michael H. Carpenter
Michael H. Carpenter

Trial Attorney for Defendant The Ohio State University