# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JOHN DOE 162,** *et al.*,

    **Plaintiffs,**

  v.

**THE OHIO STATE UNIVERSITY,**

    **Defendant.**

**Case No. 2:23-cv-2991**
**Judge Michael H. Watson**
**Magistrate Judge Elizabeth P. Deavers**

---

**STEVE SNYDER-HILL,** *et al.*,

    **Plaintiffs,**

  v.

**THE OHIO STATE UNIVERSITY,**

    **Defendant.**

**Case No. 2:23-cv-2993**
**Judge Michael H. Watson**
**Magistrate Judge Elizabeth P. Deavers**

---

**WILLIAM KNIGHT,** *et al.*,

    **Plaintiffs,**

  v.

**THE OHIO STATE UNIVERSITY,**

    **Defendant.**

**Case No. 2:23-cv-2994**
**Judge Michael H. Watson**
**Magistrate Judge Elizabeth P. Deavers**

| | |
|---|---|
| **STEVE GRESOCK,** | |
| Plaintiff, | **Case No. 2:23-cv-2996** |
| v. | **Judge Michael H. Watson** |
| | **Magistrate Judge Elizabeth P. Deavers** |
| **THE OHIO STATE UNIVERSITY,** | |
| Defendant. | |

| | |
|---|---|
| **EDWARD GONZALEZ,** *et al.*, | |
| Plaintiffs, | **Case No. 2:23-cv-3051** |
| v. | **Judge Michael H. Watson** |
| | **Magistrate Judge Elizabeth P. Deavers** |
| **THE OHIO STATE UNIVERSITY,** | |
| Defendant. | |

# ORDER

This matter is before the Court on a Motion for Leave to File Amicus Response to Plaintiff's Motion to Compel filed by non-party State Medical Board of Ohio. (ECF No. 171 in *Gonzales v. The Ohio State University*, Case No. 2:23-cv-3051.) For good cause shown, the Motion is **GRANTED.** The State Medical Board of Ohio may have until **MARCH 17, 2026**, to file its amicus response.

**IT IS SO ORDERED**.

Date: February 27, 2026

*/s/ Elizabeth A. Preston Deavers*
ELIZABETH A. PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE

2