**THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| STEVE SNYDER-HILL, et al., | |
| Plaintiff, | Case No. 2:23-cv-02993 |
| v. | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | Magistrate Judge Elizabeth P. Deavers |
| Defendant. | |
| WILLIAM KNIGHT, et al., | |
| Plaintiff, | Case No. 2:23-cv-02994 |
| v. | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | Magistrate Judge Elizabeth P. Deavers |
| Defendant. | |
| EDWARD GONZALES, et al., | |
| Plaintiff, | Case No. 2:23-cv-03051 |
| v. | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | Magistrate Judge Elizabeth P. Deavers |
| Defendant. | |

**DEFENDANT THE OHIO STATE UNIVERSITY'S MOTION FOR LEAVE TO FILE UNDER SEAL UNREDACTED VERSION OF DEFENDANT THE OHIO STATE UNIVERSITY'S RESPONSE TO PLAINTIFFS' MOTION FOR A RULING ON DAMAGES**

Pursuant to Local Civil Rule 5.2.1 and Paragraph 8 of the Protective Orders entered in these matters, defendant The Ohio State University ("Ohio State") moves for leave to file under seal an unredacted version of Defendant The Ohio State University's Response To Plaintiffs' Motion For

A Ruling On Damages, a redacted version of which was filed today on the Court's public docket.

Grounds for this Motion are provided in the accompanying Memorandum In Support.

Respectfully submitted,

DAVE YOST
ATTORNEY GENERAL OF OHIO

/s/ Michael H. Carpenter
Michael H. Carpenter (0015733)
(Trial Attorney)
Timothy R. Bricker (0061872)
Michael N. Beekhuizen (0065722)
David J. Barthel (0079307)
Tyler K. Ibom (0085928)
Joseph B. Kunkel (0087007)
Gregory R. Dick (0097816)
CARPENTER LIPPS LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215
Phone: (614) 365-4100
Fax: (614) 365-9145
carpenter@carpenterlipps.com
bricker@carpenterlipps.com
beekhuizen@carpenterlipps.com
barthel@carpenterlipps.com
ibom@carpenterlipps.com
kunkel@carpenterlipps.com
dick@carpenterlipps.com

*Special Counsel for Defendant*
*The Ohio State University*

**MEMORANDUM IN SUPPORT**

On March 6, 2026, Ohio State filed a redacted version of its Response To Plaintiffs' Motion For A Ruling On Damages ("Response"). Ohio State now seeks leave to file an unredacted version of the Response under seal. The redacted version of the Response contains only those redactions necessary to protect information designated as confidential by Plaintiffs in these matters. Specifically, the redactions involve references to deposition testimony and/or fact sheet responses of Plaintiffs, which Plaintiffs have designated as confidential pursuant to the Protective Orders in these matters.

While Plaintiffs bear the burden of establishing the confidentiality of materials they have so designated, Ohio State has no objection at this time to the confidentiality of the materials referenced in the Response, and believes compelling reasons justify filing the unredacted Response under seal. *See Shane Grp., Inc. v. Blue Cross Blue Shield of Michigan*, 825 F.3d 299, 305 (6th Cir. 2016); *see also King v. City of Columbus*, No. 2:18-cv-1060, 2022 WL 17585264, at *1 (S.D. Ohio Dec. 12, 2022) (citing and discussing *Brown & Williamson Tobacco Corp. v. FTC*, 710 F.2d 1165, 1178–80 (6th Cir. 1983) and the "privacy rights of participants")).

***First***, the materials that Ohio State seeks to file under seal contain sensitive information that is commonly filed under seal, including descriptions of alleged sexual abuse and the true identities of John Doe plaintiffs proceeding anonymously. *See King*, 2022 WL 17585264, at *2 (granting leave to file unredacted transcripts discussing the sexual abuse under seal); *Doe v. Kenyon College*, No. 2:20-cv-4972, 2020 WL 11885928 at *2 (S.D. Ohio Sept. 24, 2020) (ordering parties to that litigation to file documents containing the full name of the plaintiff, or that contained direct or indirect information about the plaintiff's identity, under seal).

In fact, this Court has already recognized that the Plaintiff Fact Sheets should remain under

seal and that documents containing the true identities of the Plaintiffs proceeding anonymously should be filed under seal. *See* CMO No. 1 at ¶ 19 (ECF No. 37 in *Snyder-Hill*, ECF No. 24 in *Knight*, and ECF No. 28 in *Gonzales*); Oct. 10, 2023 Order in *Snyder-Hill* (ECF No. 4) and *Knight* (ECF No. 5) (granting leave to file under seal the consolidated complaints revealing the true identities of John Doe Plaintiffs); Jan. 12, 2024 Order in *Gonzales* (ECF No. 22) (same).

***Second***, the request is narrowly tailored and no broader than necessary to protect the confidential information. Ohio State seeks to redact from the Response only those lines containing confidential information. An unredacted version of the Response will be submitted separately to the Court for *in-camera* review. Thus, the request to file under seal is limited in scope and is narrowly tailored.

***Third***, the public interest does not weigh against sealing here. Given the limited nature of the proposed redactions, the public can still fully understand this case, including the relevant facts, as well as the parties' claims, legal theories, and arguments. *See, e.g.*, *London Comput. Sys. v. Zillow, Inc.*, No. 1:18-cv-696, 2019 WL 4110516, at *4 (S.D. Ohio Aug. 29, 2019) ("[t]he public will not need to view the parties' highly confidential business information to understand the events giving rise to this dispute"); *Ewalt v. GateHouse Media Ohio Holding II, Inc.*, No. 2:19-cv-4262, 2021 WL 4841064 at *3 (S.D. Ohio Oct. 18, 2021) (same).

For the foregoing reasons, Ohio State respectfully requests that this Court grant leave to file an unredacted version of the Response under seal.[1]

---

[1] Ohio State is not seeking leave to file under seal Exhibits A or B to the Response. Those Exhibits are not being filed on the docket, and are being submitted separately to the Court solely for *in camera* review pursuant to Paragraph 8 of the Protective Orders. Ohio State, however, can file Exhibits A and B on the docket under seal if this Court so prefers.

Respectfully submitted,

DAVE YOST
ATTORNEY GENERAL OF OHIO

/s/ Michael H. Carpenter
Michael H. Carpenter (0015733)
(Trial Attorney)
Timothy R. Bricker (0061872)
Michael N. Beekhuizen (0065722)
David J. Barthel (0079307)
Tyler K. Ibom (0085928)
Joseph B. Kunkel (0087007)
Gregory R. Dick (0097816)
CARPENTER LIPPS LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215
Phone: (614) 365-4100
Fax: (614) 365-9145
carpenter@carpenterlipps.com
bricker@carpenterlipps.com
beekhuizen@carpenterlipps.com
barthel@carpenterlipps.com
ibom@carpenterlipps.com
kunkel@carpenterlipps.com
dick@carpenterlipps.com

*Special Counsel for Defendant*
*The Ohio State University*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically on March 6, 2026. Notice was sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel. The parties may access this filing through the Court's ECF system.

/s/ Michael H. Carpenter
Michael H. Carpenter

*Trial Attorney for Defendant*
*The Ohio State University*