**THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| STEVE SNYDER-HILL, et al., | |
| Plaintiffs, | Case No. 2:23-cv-02993 |
| v. | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | Magistrate Judge Chelsey M. Vascura |
| Defendant. | |
| WILLIAM KNIGHT, et al., | |
| Plaintiffs, | Case No. 2:23-cv-02994 |
| v. | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | Magistrate Judge Chelsey M. Vascura |
| Defendant. | |
| EDWARD GONZALES, et al., | |
| Plaintiffs, | Case No. 2:23-cv-3051 |
| v. | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | Magistrate Judge Chelsey M. Vascura |
| Defendant. | |

**MOTION FOR EXTENSION OF TIME FOR BRIEFING ON "APPROPRIATE
PERSON"**

Plaintiffs write to respectfully request a short extension of the briefing schedule for Plaintiffs' Joint Brief on who at OSU was an "administrator with authority to take corrective action". Pursuant to the Court's December 3, 2025 Order, Plaintiffs' Joint Brief on the "Appropriate Person" Issue is currently due on May 4, 2026, Ohio State's response is currently

due on May 25, 2026, and Plaintiffs' reply is currently due on June 8, 2026. *Snyder-Hill* ECF No. 140.

Plaintiffs request that the deadline for Plaintiffs' Joint Opening Brief be extended to May 22, 2026, with Ohio State's response due on June 12, 2026 and Plaintiffs' reply due on June 26, 2026. The reason for this extension request is to allow the Parties time to complete fact discovery by May 1, 2026, obtain deposition transcripts, and then meaningfully confer regarding the high-level individuals that the parties can agree to, pursuant to the Court's direction, *see Snyder-Hill* ECF No. 105. The briefing schedule for this motion has been previously extended three times.

On March 27, 2026, Plaintiffs' counsel reached out to counsel for Ohio State to request their consent to the extension request and followed up on March 30 and March 31. As of April 1, 2026, counsel for Ohio State has not responded or indicated whether it consents to Plaintiffs' request. Pursuant to Local Rule 7.3(a), a proposed order is attached.

Dated: April 1, 2026

Respectfully submitted,

/s/ *Debra L. Greenberger*

EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP
Ilann M. Maazel (admitted pro hac vice)
Debra L. Greenberger (admitted pro hac vice)
Hannah Brudney (admitted pro hac vice)
Laura Kokotailo (admitted pro hac vice)
Claire Abbadi (admitted pro hac vice)
One Rockefeller Plaza, 8th Floor
New York, New York 10020
Phone: (212) 763-5000
Fax: (212) 763-5001
E-Mail: imaazel@ecbawm.com
E-Mail: dgreenberger@ecbawm.com
E-Mail: hbrudney@ecbawm.com
E-Mail: lkokotailo@ecbawm.com
E-Mail: cabbadi@ecbawm.com

SCOTT ELLIOTT SMITH, LPA
Scott E. Smith (0003749)
2727 Tuller Pkwy, Suite 140
Dublin, OH  43017
Phone: (614) 846-1700
Fax: (614) 486-4987
E-Mail: ses@sestriallaw.com

Adele P. Kimmel (admitted pro hac vice)
Alexandra Brodsky (admitted pro hac vice)
PUBLIC JUSTICE, P.C.
1620 L Street, NW, Suite
630 Washington, DC 20036
Phone: (202) 797-8600
Fax: (202) 232-7203
E-mail: akimmel@publicjustice.net

Counsel for the *Snyder-Hill* Plaintiffs (*Snyder-Hill, et al.*, Case No. 2:23-cv-02993)

Rex A. Sharp
Sarah T. Bradshaw
Nathan A. Kakazu
SHARP LAW, LLP
4820 W. 75th Street
Prairie Village, KS 66208
Phone : (913) 901-0505
Fax : (913) 261-7564
rsharp@midwest-law.com
sbradshaw@midwest-law.com
nkakazu@midwest-law.com

Simina Vourlis (0046689) (Trial Attorney)
The Law Offices of Simina Vourlis
856 Pullman Way
Columbus, OH 43212-3860
Phone: (614) 487-5900
Fax: (614) 487-5901
Email: svourlis@vourlislaw.com

Stephen Estey
ESTEY & BOMBERGER LLP
2869 India Street
San Diego, CA 92103
Phone: 619-295-0035

Fax: 619-295-0172
steve@estey-bomberger.com

Daniel R. Karon
KARON LLC
700 W. St. Clair Ave., Suite 200
Cleveland, OH 44113
Phone: 216.622.1851
dkaron@karonllc.com

Joseph Sauder
SAUDER SCHELKOPF LLC
555 Lancaster Avenue
Berwyn, PA 19312
Phone: (610) 200-0580
Fax: (610) 421-1326
jgs@sstriallawyers.com

Counsel for the *Gonzales* Plaintiffs (*Gonzales, et al.*, Case No. 2:23-cv-3051)

J.C. Ratliff (0027898)
Rocky Ratliff (0089781)
200 West Center Street
Marion, Ohio 43302
Telephone: 740.383.6023
Facsimile:  740.383.2066
attorney.ratliff@gmail.com
attorneyrockyratliff@gmail.com

Counsel for the *Knight* Plaintiffs (*Knight, et al.*, Case No. 2:23-cv-02994)
LAW OFFICES OF JOHN C. CAMILLUS, LLC
John C. Camillus (0077435) (Trial Attorney)
P.O. Box 141410
Columbus, Ohio 43214
(614) 992-1000
(614) 559-6731 (facsimile)
E-mail: jcamillus@camilluslaw.com

MEISTER SELIG & FEIN LLP
Mitchell Schuster, Esq. (admitted pro hac vice)
Benjamin D. Bianco, Esq. (admitted pro hac vice)
Michael P. Regan (admitted pro hac vice)
Mitchell Schuster (admitted pro hac vice)
125 Park Avenue, 7th Floor

New York, New York 10017
(212) 655-3500
(646) 564-4804 (facsimile)
E-mail: bdb@msf-law.com
E-mail: mpr@msf-law.com
E-mail: ms@msf-law.com

Counsel for Plaintiff in *Gresock*, Case No. 2:23-cv-02996

WRIGHT & SCHULTE, LLC
Richard W. Schulte (0066031) (Trial Attorney)
Stephen D. Behnke (0072805)
Jacob A. Gebelle (0093528)
865 S. Dixie Dr.
Vandalia, OH 45377
(937) 435-7500
(937) 435-7511 facsimile
rschulte@yourlegalhelp.com
sbehnke@yourlegalhelp.com
jgebelle@yourlegalhelp.com

WRIGHT & SCHULTE, LLC
Michael L Wright (0067698)
130 W. Second Street, Suite 1600
Dayton, OH 45402
(937) 222-7477
(937) 222-7911 facsimile
mwright@yourlegalhelp.com

WRIGHT & SCHULTE, LLC
Dennis P Mulvihill (0063896)
23139 Chagrin Blvd., Suite 620
Cleveland, OH 44022
(216) 591-0132
(216) 591-0622 facsimile
dmulvihill@yourlegalhelp.com

Counsel for Plaintiffs in *John Doe 162, et al.*, Case No. 2:23-cv-02991

## CERTIFICATE OF SERVICE

A copy of this document was served by the Court's ECF System on all counsel of record on April 1, 2026, pursuant to Fed. R. Civ. P. 5(b)(2)(E).

/s/ Debra Greenberger
Debra Greenberger