## THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| STEVE SNYDER-HILL, et al., | |
| Plaintiffs, | Case No. 2:23-cv-02993 |
| v. | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | Magistrate Judge Chelsey M. Vascura |
| Defendant. | |
| WILLIAM KNIGHT, et al., | |
| Plaintiffs, | Case No. 2:23-cv-02994 |
| v. | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | Magistrate Judge Chelsey M. Vascura |
| Defendant. | |
| EDWARD GONZALES, et al., | |
| Plaintiffs, | Case No. 2:23-cv-3051 |
| v. | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | Magistrate Judge Chelsey M. Vascura |
| Defendant. | |

## NOTICE OF HEARING

TAKE NOTICE that a Telephonic Status Conference will be held before Judge Michael H. Watson and Magistrate Judge Chelsey Vascura on **Friday, April 17, 2026, at 11:00 a.m.** The parties are directed to call 1-646-828-7666, enter Zoom Meeting ID 160-325-2577#. The Participant ID and Meeting Passcode are both 048303#.