UNITED STATES DISTRICT COURT
SOUTHERN DISTIRCT OF OHIO
EASTERN DIVISION

STEVE SNYDER-HILL, et al.

        Plaintiffs,

v.

THE OHIO STATE UNIVERSITY,

        Defendant.

Case No. 2:23-cv-2993
Judge Michael H. Watson

Magistrate Judge Chelsey M. Vascura

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs John Doe 68, John Doe 35, John Doe 39, John Doe 103, John Doe 77,  John Doe 31, Everett Ross, Robert Schriner, and Ryan Callahan (the "Dismissing Plaintiffs") and defendant The Ohio State University ("OSU") being in agreement, and the Court being sufficiently informed, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Unopposed Motion for Voluntary Dismissal with Prejudice (ECF No. 187) is **GRANTED**, and that any and all claims which have been, could have been, or should have been asserted by the Dismissing Plaintiffs against OSU in the above-captioned case are hereby **DISMISSED WITH PREJUDICE**. The Dismissing Plaintiffs and OSU to bear their own attorneys' fees, costs and expenses.

The claims of the remaining Plaintiffs in this matter are not being dismissed and remain pending.

The Court will retain continuing and exclusive jurisdiction over the Parties to this Release, as well as over Plaintiff's Counsel, for purposes of the administration and enforcement of this Release and/or resolving any issues arising from or relating to this Release.

**IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT