## THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| STEVE SNYDER-HILL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE OHIO STATE UNIVERSITY, <br><br> Defendant. | Case No. 2:23-cv-02993 <br><br> Judge Michael H. Watson <br><br> Magistrate Judge Chelsey M. Vascura |
| WILLIAM KNIGHT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE OHIO STATE UNIVERSITY, <br><br> Defendant. | Case No. 2:23-cv-02994 <br><br> Judge Michael H. Watson <br><br> Magistrate Judge Chelsey M. Vascura |
| EDWARD GONZALES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE OHIO STATE UNIVERSITY, <br><br> Defendant. | Case No. 2:23-cv-3051 <br><br> Judge Michael H. Watson <br><br> Magistrate Judge Chelsey M. Vascura |

### AMENDED NOTICE OF HEARING

Take Notice that a Telephonic Status Conference will be held before Judge Michael H. Watson and Magistrate Judge Chelsey Vascura on Friday, April 24, 2026, at 2:00 p.m. The parties are directed to call 1-646-828-7666 enter Zoom Meeting ID 160-325-2577#. The participant ID and meeting passcode are both 048303#.