# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

STEVE SNYDER-HILL, *et al.*,

      Plaintiffs,

  v.

THE OHIO STATE UNIVERSITY,

      Defendant.

Civil Action 2:23-cv-2993
Judge Michael H. Watson
Magistrate Judge Chelsey M. Vascura

---

WILLIAM KNIGHT, *et al.*,

      Plaintiffs,

  v.

THE OHIO STATE UNIVERSITY,

      Defendant.

Civil Action 2:23-cv-2994
Judge Michael H. Watson
Magistrate Judge Chelsey M. Vascura

---

EDWARD GONZALES, *et al.*,

      Plaintiffs,

  v.

THE OHIO STATE UNIVERSITY,

      Defendant.

Civil Action 2:23-cv-3051
Judge Michael H. Watson
Magistrate Judge Chelsey M. Vascura

## ORDER

This matter is before the Court on Plaintiffs' Motion for Alternative Service on Non-Party Virginia Tretheway. (ECF No. 192 in *Snyder-Hill v. The Ohio State University*, Case No. 2:23-cv-2993.) Plaintiffs have unsuccessfully attempted to serve non-party Virginia Tretheway, Ohio State University's former general counsel, with a deposition subpoena. Specifically, Plaintiffs represent that they unsuccessfully attempted personal service via a process server more than a dozen times. Plaintiffs also asked Carpenter Lipps LLP if they would accept service, given that Carpenter Lipps has represented all current and former OSU administrators and employees recently deposed, but Carpenter Lipps stated they were not authorized to accept service of the subpoena. (*Id.* at 1–2.) Plaintiffs seek to serve Ms. Tretheway via the alternative service method of first class mail at the address they have found for her in Seattle, Washington. (*Id.* at 5.) Plaintiffs are confident that this address is correct, as it has been confirmed through publicly available information regarding the building's residents. (*See* King County Department of Assessments listing, ECF No. 192-3.) Plaintiffs assert that their process server also observed Ms. Tretheway's name on the mailbox for the building.

The undersigned finds that Plaintiffs have shown an inability to serve Ms. Tretheway after the diligent efforts described above. (*See* Jan. 12, 2026 Order, ECF No. 143 in *Snyder-Hill v. The Ohio State University*, Case No. 2:23-cv-2993) (explaining standards for alternative service). Further, the Court is persuaded, under the circumstances, that the alternative means for service proposed by Plaintiffs are reasonably calculated to achieve actual delivery. (*See id.*)

Accordingly, Plaintiffs' Motion for Alternative Service on Non-Party Virginia Tretheway (ECF No. 192) is **GRANTED**. Plaintiffs may effectuate service of a subpoena on Virginia Tretheway by mailing a copy of the subpoena and this Order on this Motion to her address in Seattle, Washington through first-class mail.

2

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE

/s/
MICHAEL H. WATSON
UNITED STATES DISTRICT JUDGE

3