# Exhibit 12
# (Filed Under Seal)