**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**STEVE SNYDER-HILL, *et al.*,**

**Plaintiffs,**

**v.**

**Civil Action 2:23-cv-2993**
**Judge Michael H. Watson**
**Magistrate Judge Chelsey M. Vascura**

**THE OHIO STATE UNIVERSITY,**

**Defendant.**

**ORDER**

This matter is before the Court on Plaintiffs' Motion for Leave to File Under Seal Unredacted Version of Plaintiffs' Briefing on Appropriate Persons (ECF No. 197). Plaintiffs have contemporaneously filed their Briefing on Appropriate Persons and supporting exhibits in redacted form. (ECF No. 196.) Plaintiff maintains that filing the unredacted Brief and supporting exhibits under seal is necessary because the Brief relies on information obtained during the recent depositions, and the parties' stipulated protective order requires that all deposition transcripts be kept confidential for 14 days while the parties determine whether to designate all or a portion of the transcript as confidential.

For good cause shown, Plaintiffs' Motion for Leave to File Under Seal (ECF No. 197) is **GRANTED**. Plaintiffs shall file, **ON OR BEFORE MAY 8, 2026**, an unredacted version of their Briefing on Appropriate Persons and supporting exhibits **UNDER TEMPORARY SEAL**. The Court is satisfied that a victim's email address in the deposition transcript of Archie Griffin and a victim's mother's location in the deposition transcript of Paul Krebs may remain under

permanent seal. If any party wishes to maintain any other portions of the Brief or supporting exhibits under permanent seal, they must file a properly supported motion to that effect **ON OR BEFORE MAY 29, 2026**.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE