**THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| STEVE SNYDER-HILL, et al., Plaintiff, v. THE OHIO STATE UNIVERSITY, Defendant. | Case No. 2:23-cv-02993<br>Judge Michael H. Watson<br>Magistrate Judge Chelsey M. Vascura |
| WILLIAM KNIGHT, et al., Plaintiff, v. THE OHIO STATE UNIVERSITY, Defendant. | Case No. 2:23-cv-02994<br>Judge Michael H. Watson<br>Magistrate Judge Chelsey M. Vascura |
| EDWARD GONZALES, et al., Plaintiff, v. THE OHIO STATE UNIVERSITY, Defendant. | Case No. 2:23-cv-03051<br>Judge Michael H. Watson<br>Magistrate Judge Chelsey M. Vascura |

**DEFENDANT THE OHIO STATE UNIVERSITY'S**
**MOTION TO FILE UNDER SEAL**

Pursuant to Fed. R. Civ. P. 5.2, Local Civil Rule 5.2.1, Paragraph 8 of the Protective Order entered on December 20, 2023 (ECF No. 25 in *Snyder-Hill*, Case No. 2:23-cv-02993, ECF No. 17 in *Knight*, Case No. 2:23-cv-02994, and ECF No. 16 in *Gonzales*, Case No. 2:23-cv-03051), and Paragraph 19 of Case Management Order ("CMO") No. 1 (ECF No. 37 in *Snyder-Hill*, ECF No.

24 in *Knight*, and ECF No. 28 in *Gonzales*), defendant The Ohio State University ("Ohio State") moves for leave to file under seal unredacted versions of the following motions and their supporting materials:

(1) Motion to Dismiss The Claims of *Gonzales* Plaintiffs John Doe 14 and 89, *Snyder-Hill* Plaintiffs John Doe 20 and 101, and *Knight* Plaintiff John Doe 4; and

(2) Motion to Dismiss Other Claims Barred By Sovereign Immunity.

Ohio State filed redacted versions of the above motions earlier today on the Court's public docket. The Grounds for this Motion are provided in the accompanying Memorandum In Support.

Respectfully submitted,

DAVE YOST
ATTORNEY GENERAL OF OHIO

/s/ Michael H. Carpenter
Michael H. Carpenter (0015733) (Trial Attorney)
Timothy R. Bricker (0061872)
Michael N. Beekhuizen (0065722)
Michael J. King (0072597)
David J. Barthel (0079307)
Tyler K. Ibom (0085928)
Joseph B. Kunkel (0087007)
Gregory R. Dick (0097816)
CARPENTER LIPPS LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215
Phone: (614) 365-4100
Fax: (614) 365-9145
carpenter@carpenterlipps.com
bricker@carpenterlipps.com
beekhuizen@carpenterlipps.com
king@carpenterlipps.com
barthel@carpenterlipps.com
ibom@carpenterlipps.com
kunkel@carpenterlipps.com
dick@carpenterlipps.com

*Special Counsel for Defendant*
*The Ohio State University*

**MEMORANDUM IN SUPPORT**

On May 10, 2026, Ohio State publicly filed redacted versions of the following: (1) Motion to Dismiss The Claims of *Gonzales* Plaintiffs John Doe 14 and 89, *Snyder-Hill* Plaintiffs John Doe 20 and 101, and *Knight* Plaintiff John Doe 4; and (2) Motion to Dismiss Other Claims Barred By Sovereign Immunity (collectively the "Motions"). Ohio State now seeks leave to file unredacted versions of the Motions and supporting materials under seal. The redacted versions of the Motions and supporting materials contain only those redactions necessary to protect information designated as confidential by Plaintiffs in these matters and/or protected from disclosure by the Family Educational Rights and Privacy Act ("FERPA"), 20 U.S.C. § 1232g; 34 CFR Part 99. Specifically, the redactions involve Plaintiffs' academic transcripts and references to deposition testimony and/or fact sheet responses of Plaintiffs, which Plaintiffs have designated as confidential pursuant to the Protective Orders and/or the Court's Case Management Order No. 1 in these matters. While Plaintiffs bear the burden of establishing the confidentiality of materials they have so designated, Ohio State has no objection at this time to the confidentiality of the materials referenced in the Motions, and believes compelling reasons justify filing the unredacted Motions under seal. *See Shane Grp., Inc. v. Blue Cross Blue Shield of Michigan*, 825 F.3d 299, 305 (6th Cir. 2016); *see also King v. City of Columbus*, No. 2:18-cv-1060, 2022 WL 17585264, at *1 (S.D. Ohio Dec. 12, 2022) (citing and discussing *Brown & Williamson Tobacco Corp. v. FTC*, 710 F.2d 1165, 1178-80 (6th Cir. 1983) and the "privacy rights of participants")).

***First***, the materials that Ohio State seeks to file under seal contain sensitive information that is commonly filed under seal, including descriptions of alleged sexual abuse and the true identities of John Doe plaintiffs proceeding anonymously. *See King*, 2022 WL 17585264, at *2 (granting leave to file unredacted transcripts discussing the sexual abuse under seal); *Doe v.*

*Kenyon College*, No. 2:20-cv-4972, 2020 WL 11885928 at *2 (S.D. Ohio Sept. 24, 2020) (ordering parties to that litigation to file documents containing the full name of the plaintiff, or that contained direct or indirect information about the plaintiff's identity, under seal). In fact, this Court has already recognized that the Plaintiff Fact Sheets should remain under seal and that documents containing the true identities of the plaintiffs proceeding anonymously here should be filed under seal. *See* CMO No. 1 at ¶ 19 (ECF No. 37 in *Snyder-Hill*, ECF No. 24 in *Knight*, and ECF No. 28 in *Gonzales*); Oct. 10, 2023 Order in *Snyder-Hill* (ECF No. 4) and *Knight* (ECF No. 5) (granting leave to file under seal the consolidated complaints revealing the true identities of John Doe Plaintiffs); Jan. 12, 2024 Order in *Gonzales* (ECF No. 22) (same).[1] The materials also contain private educational information (*e.g.*, academic transcripts) that are protected from disclosure by the Family Educational Rights and Privacy Act ("FERPA"), 20 U.S.C. § 1232g; 34 CFR Part 99.

***Second***, the request is narrowly tailored and no broader than necessary to protect the confidential information. Ohio State seeks only to redact from the Motions and supporting materials those lines or items containing confidential information. An unredacted version of the Motions and supporting materials will be submitted separately to the Court for in-camera review. Thus, the request to file under seal is limited in scope and is narrowly tailored.

***Third***, the public interest does not weigh against sealing here. Given the limited nature of the proposed redactions, the public can still fully understand this case, including the relevant facts, as well as the parties' claims, legal theories and arguments. *See, e.g., London Comput. Sys. v. Zillow, Inc.*, 2019 WL 4110516, at *4 (S.D. Ohio Aug. 29, 2019) ("[t]he public will not need to view the parties' highly confidential business information to understand the events giving rise to

[1] At the May 8, 2026 discovery conference, the Court suggested it may require the John Doe Plaintiffs who are scheduled for trial to proceed using their true identities.

this dispute"); *Ewalt v. GateHouse Media Ohio Holding II, Inc.*, No. 2:19-cv-4262, 2021 WL 4841064 at *3 (S.D. Ohio Oct. 18, 2021) (same).

Accordingly, for the foregoing reasons, Ohio State respectfully requests that this Court grant leave to file unredacted versions of the Motions, and supporting deposition transcripts, exhibits, and Plaintiff Fact Sheets under seal.[2]

Respectfully submitted,

DAVE YOST
ATTORNEY GENERAL OF OHIO

/s/ Michael H. Carpenter
Michael H. Carpenter (0015733) (Trial Attorney)
Timothy R. Bricker (0061872)
Michael N. Beekhuizen (0065722)
Michael J. King (0072597)
David J. Barthel (0079307)
Tyler K. Ibom (0085928)
Joseph B. Kunkel (0087007)
Gregory R. Dick (0097816)
CARPENTER LIPPS LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215
Phone: (614) 365-4100
Fax: (614) 365-9145
carpenter@carpenterlipps.com
bricker@carpenterlipps.com
beekhuizen@carpenterlipps.com
king@carpenterlipps.com
barthel@carpenterlipps.com
ibom@carpenterlipps.com
kunkel@carpenterlipps.com
dick@carpenterlipps.com

*Special Counsel for Defendant The Ohio State University*

[2] Ohio State filed public, redacted excerpts of the deposition testimony cited. It seeks to file the full unredacted versions of these deposition transcripts under seal.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically on May 10, 2026. Notice was sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel. The parties may access this filing through the Court's ECF system.

/s/ Michael H. Carpenter
Michael H. Carpenter

*Trial Attorney for Defendant*
*The Ohio State University*