## THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| STEVE SNYDER-HILL, et al., | |
| Plaintiffs, | Case No. 2:23-cv-02993 |
| v. | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | Magistrate Judge Chelsey M. Vascura |
| Defendant. | |
| | |
| WILLIAM KNIGHT, et al., | |
| Plaintiffs, | Case No. 2:23-cv-02994 |
| v. | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | Magistrate Judge Chelsey M. Vascura |
| Defendant. | |
| | |
| EDWARD GONZALES, et al., | |
| Plaintiffs, | Case No. 2:23-cv-3051 |
| v. | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | Magistrate Judge Chelsey M. Vascura |
| Defendant. | |

**MOTION TO COMPEL DEFENDANT TO COMPLY WITH THE COURT'S ORDER
CONCERNING SOVEREIGN IMMUNITY BRIEFING**

Plaintiffs bring this motion to ask this Court to order OSU to comply with the Court's

previous case management orders setting deadlines and timing for dispositive motions.

In its April 11, 2025, order this Court stated: "The discovery stay does not preclude Defendant from asserting a dispositive defense against the bellwether plaintiffs and arguing that it broadly applies to the other plaintiffs. *Individual arguments against non-bellwether plaintiffs are not to be made until the Court turns to those cases*." Dkt. 64 at 616 (emphasis added).[1]  On March 10, 2026, the Court again stated: "summary judgment briefing prior to October 2026 will be permitted on ONLY the Round One bellwether trial plaintiffs." Dkt. 175 at 3135.  The Court stated it will later "establish summary judgment deadlines for the Round Two bellwether trial plaintiffs. Round Two trials, and, thus, all intervening deadlines, will be scheduled on an expedited basis.  . . . Finally, if a party's bellwether trial is cancelled for any reason, the trial date will be maintained and filled by the next case on that party's Priority List, for which the parties will, pursuant to the above schedule, have completed expert discovery and any necessary IME. In such an event, should a party wish to move for summary judgment on the case filling the open trial date, they will have an opportunity to make an oral motion for summary judgment and receive an oral ruling on the same prior to trial." *Id.* at 3135-36.  In short, this Court made clear it will not consider dispositive dismissals for anyone besides the first four Round One bellwether trial Plaintiffs, and will only later consider other motions for summary judgment.  Despite OSU raising the issue of sovereign immunity as a Rule 12 motion to dismiss for lack of subject matter jurisdiction, "the Court addresses [factual] jurisdictional issue[s] in the same manner as summary judgment issues, in that the moving party must demonstrate the absence of a genuine issue of jurisdictional fact." *Kal Kan Foods, Inc. v. Iams Co.*, 197 F. Supp. 2d 1061, 1067 (S.D. Ohio 2002) (citing *Armbruster v. Quinn,* 711 F.2d 1332, 1335 (6th Cir.1983); *Celotex Corp. v. Catrett,* 477 U.S. 317, 325 (1986)).

---

[1] All docket entries are citations to the *Snyder-Hill* docket.

Yesterday, OSU violated these orders, twice. (1) OSU's motion at Docket 202 seeks dismissal of five discovery plaintiffs, but only one of those plaintiffs is a Round One bellwether trial plaintiff per this Court's April 29, 2026 order (Dkt. 195), namely John Doe 101 in *Snyder-Hill*. (2) OSU's motion at Docket 203 brazenly seeks to dismiss in whole or in part claims of "77 plaintiffs." Not one listed under "Barred Claims Occurring in Whole Before October 21, 1986" is a Round One bellwether trial plaintiff. Only one person (John Doe 8 in *Snyder-Hill*) in OSU's list of "Barred Claims Occurring in Part Before October 21, 1986" is a Round One bellwether trial plaintiff.  Dkt. 203 at 11233.

OSU's attempt to expand the permissible briefing at this stage also raises factual issues premature for resolution.  Its motion at Docket 203 raises specific factual issues as to exactly when specific non-Round One plaintiffs were abused, particularly for plaintiffs who have alleged they were abused around the October 21, 1986 date.

Consistent with this Court's prior Orders, we ask that this Court limit OSU's May 10, 2026 filings (Dkt. 202 and 203) to Round One bellwether trial plaintiffs only and order that Plaintiffs' opposition due on May 15, 2026 respond only as to OSU's sovereign immunity defense as to the two Round One bellwether trial Plaintiffs (John Doe 101 and John Doe 8 in *Snyder-Hill*).

Dated: May 11, 2026                Respectfully submitted,

                                   /s/  *Debra L. Greenberger*
                                   EMERY CELLI BRINCKERHOFF ABADY
                                   WARD & MAAZEL LLP
                                   Ilann M. Maazel (admitted pro hac vice)
                                   Debra L. Greenberger (admitted pro hac vice)
                                   Hannah Brudney (admitted pro hac vice)
                                   Laura Kokotailo (admitted pro hac vice)
                                   Claire Abbadi (admitted pro hac vice)

One Rockefeller Plaza, 8th Floor
New York, New York 10020
Phone: (212) 763-5000
Fax: (212) 763-5001
E-Mail: imaazel@ecbawm.com
E-Mail: dgreenberger@ecbawm.com
E-Mail: hbrudney@ecbawm.com
E-Mail: lkokotailo@ecbawm.com
E-Mail: cabbadi@ecbawm.com

SCOTT ELLIOT SMITH, LPA
Scott E. Smith (0003749)
2727 Tuller Pkwy, Suite 140
Dublin, OH  43017
Phone: (614) 846-1700
Fax: (614) 486-4987
E-Mail: ses@sestriallaw.com

Adele P. Kimmel (admitted pro hac vice)
PUBLIC JUSTICE
1620 L Street, NW, Suite
630 Washington, DC 20036
Phone: (202) 797-8600
Fax: (202) 232-7203
E-mail: akimmel@publicjustice.net

Counsel for the *Snyder-Hill* Plaintiffs (*Snyder-Hill, et al.*, Case No. 2:23-cv-02993)

Rex A. Sharp
Sarah T. Bradshaw
Nathan A. Kakazu
Bradley Thomas
Emma Herold
SHARP LAW, LLP
4820 W. 75th Street
Prairie Village, KS 66208
Phone : (913) 901-0505
Fax : (913) 261-7564
rsharp@midwest-law.com
sbradshaw@midwest-law.com
nkakazu@midwest-law.com
bthomas@midwest-law.com
eherold@midwest-law.com
Simina Vourlis (0046689) (Trial Attorney)
The Law Offices of Simina Vourlis

856 Pullman Way
Columbus, OH 43212-3860
Phone: (614) 487-5900
Fax: (614) 487-5901
Email: svourlis@vourlislaw.com

Stephen Estey
ESTEY & BOMBERGER LLP
2869 India Street
San Diego, CA 92103
Phone: 619-295-0035
Fax: 619-295-0172
steve@estey-bomberger.com

Daniel R. Karon
KARON LLC
700 W. St. Clair Ave., Suite 200
Cleveland, OH 44113
Phone: 216.622.1851
dkaron@karonllc.com

Joseph Sauder
SAUDER SCHELKOPF LLC
555 Lancaster Avenue
Berwyn, PA 19312
Phone: (610) 200-0580
Fax: (610) 421-1326
jgs@sstriallawyers.com

Counsel for the *Gonzales* Plaintiffs (*Gonzales, et al.*, Case No. 2:23-cv-3051)

J.C. Ratliff (0027898)
Rocky Ratliff (0089781)
200 West Center Street
Marion, Ohio 43302
Telephone: 740.383.6023
Facsimile:  740.383.2066
attorney.ratliff@gmail.com
attorneyrockyratliff@gmail.com

Counsel for the *Knight* Plaintiffs (*Knight, et al.*, Case No. 2:23-cv-02994)