# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**STEVE SNYDER-HILL**, *et al.*,

        **Plaintiffs,**

**v.**

**THE OHIO STATE UNIVERSITY,**

        **Defendant.**

**Civil Action 2:23-cv-2993**
**Judge Michael H. Watson**
**Magistrate Judge Chelsey M. Vascura**

---

**WILLIAM KNIGHT**, *et al.*,

        **Plaintiffs,**

**v.**

**THE OHIO STATE UNIVERSITY,**

        **Defendant.**

**Civil Action 2:23-cv-2994**
**Judge Michael H. Watson**
**Magistrate Judge Chelsey M. Vascura**

---

**EDWARD GONZALES**, *et al.*,

        **Plaintiffs,**

**v.**

**THE OHIO STATE UNIVERSITY,**

        **Defendant.**

**Civil Action 2:23-cv-3051**
**Judge Michael H. Watson**
**Magistrate Judge Chelsey M. Vascura**

## ORDER

Plaintiffs' motion, ECF No. 207 in Case No. 2:23-cv-2993, is **GRANTED IN PART**. Plaintiffs shall respond to OSU's sovereign immunity motion only with respect to John Doe 8 and John Doe 101.

Nonetheless, resolution of the sovereign immunity issue as to those Round One bellwether Plaintiffs will necessarily have wide-reaching (and, presumably, rather straightforward) implications for the remaining Plaintiffs in these cases. Because it should require minimal effort to extend the Court's ruling, it makes little sense to delay the factual application of that ruling to the remaining Plaintiffs. Accordingly, after the Court rules on OSU's sovereign immunity motion with respect to John Doe 8 and John Doe 101, and if appropriate based on that ruling, the Court will establish truncated deadlines for briefing factual disputes regarding the ruling's applicability to the remaining eighty plaintiffs whom OSU seeks to dismiss due to sovereign immunity.

The Clerk shall terminate ECF No. 207 in Case No. 2:23-cv-2993.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**

Case No. 2:23-cv-2993; 2:23-cv-2994; 2:23-cv-3051 Page 2 of 2