**THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| STEVE SNYDER-HILL, et al., | : | |
| Plaintiff, | : | Case No. 2:23-cv-02993 |
| v. | : | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | : | Magistrate Judge Chelsey M. Vascura |
| Defendant. | : | |
| WILLIAM KNIGHT, et al., | : | |
| Plaintiff, | : | Case No. 2:23-cv-02994 |
| v. | : | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | : | Magistrate Judge Chelsey M. Vascura |
| Defendant. | : | |
| EDWARD GONZALES, et al., | : | |
| Plaintiff, | : | Case No. 2:23-cv-03051 |
| v. | : | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | : | Magistrate Judge Chelsey M. Vascura |
| Defendant. | : | |

**DEFENDANT THE OHIO STATE UNIVERSITY'S**
**MOTION TO FILE UNDER SEAL**

Pursuant to Fed. R. Civ. P. 5.2, Local Civil Rule 5.2.1, Paragraph 8 of the Protective Order entered on December 20, 2023 (ECF No. 25 in *Snyder-Hill*, Case No. 2:23-cv-02993, ECF No. 17 in *Knight*, Case No. 2:23-cv-02994, and ECF No. 16 in *Gonzales*, Case No. 2:23-cv-03051), and Paragraph 19 of Case Management Order No. 1 (ECF No. 37 in *Snyder-Hill*, ECF No. 24 in *Knight*,

and ECF No. 28 in *Gonzales*) ("CMO No. 1"), defendant The Ohio State University ("Ohio State") moves for leave to file under seal an unredacted version of Defendant The Ohio State University's Response to Plaintiffs' Person of Authority Brief and its supporting materials. Ohio State filed a redacted version of the above brief and supporting materials earlier today on the Court's public docket. The grounds for this Motion are provided in the accompanying Memorandum In Support.

Respectfully submitted,

DAVE YOST
ATTORNEY GENERAL OF OHIO

/s/ Michael H. Carpenter

Michael H. Carpenter (0015733) (Trial Attorney)
Timothy R. Bricker (0061872)
Michael N. Beekhuizen (0065722)
Michael J. King (0072597)
David J. Barthel (0079307)
Tyler K. Ibom (0085928)
Joseph B. Kunkel (0087007)
Gregory R. Dick (0097816)
CARPENTER LIPPS LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215
Phone: (614) 365-4100
Fax: (614) 365-9145
carpenter@carpenterlipps.com
bricker@carpenterlipps.com
beekhuizen@carpenterlipps.com
king@carpenterlipps.com
barthel@carpenterlipps.com
ibom@carpenterlipps.com
kunkel@carpenterlipps.com
dick@carpenterlipps.com

*Special Counsel for Defendant*
*The Ohio State University*

**MEMORANDUM IN SUPPORT**

On May 26, 2026, Ohio State publicly filed a redacted version of Defendant The Ohio State University's Response to Plaintiffs' Person of Authority Brief (the "Brief") and redacted supporting exhibits. Ohio State now seeks leave to file unredacted versions of its Brief and supporting materials under seal. The redacted versions of the Brief and supporting materials contain only those redactions necessary to protect information designated as confidential by the parties in these matters. Specifically, the redactions involve references to deposition testimony and/or Plaintiffs' fact sheet responses, which the parties have either designated as confidential pursuant to the Protective Orders and/or CMO No. 1 in these matters, and/or which remain presumptively confidential at the time of filing pursuant to the Protective Orders. Compelling reasons therefore justify filing the unredacted Brief and supporting materials under seal. *See Shane Grp., Inc. v. Blue Cross Blue Shield of Michigan*, 825 F.3d 299, 305 (6th Cir. 2016); *see also King v. City of Columbus*, No. 2:18-cv-1060, 2022 WL 17585264, at *1 (S.D. Ohio Dec. 12, 2022) (citing and discussing *Brown & Williamson Tobacco Corp. v. FTC*, 710 F.2d 1165, 1178-80 (6th Cir. 1983) and the "privacy rights of participants")).

***First***, the materials that Ohio State seeks to file under seal contain sensitive information that is commonly filed under seal, including descriptions of alleged sexual abuse and the true identities of John Doe plaintiffs proceeding anonymously. *See King*, 2022 WL 17585264, at *2 (granting leave to file unredacted transcripts discussing the sexual abuse under seal); *Doe v. Kenyon College*, No. 2:20-cv-4972, 2020 WL 11885928 at *2 (S.D. Ohio Sept. 24, 2020) (ordering parties to that litigation to file documents containing the full name of the plaintiff, or that contained direct or indirect information about the plaintiff's identity, under seal). In fact, this Court previously directed that the Plaintiff Fact Sheets should be confidential and that documents

containing the true identities of the plaintiffs proceeding anonymously here should be filed under seal. *See* CMO No. 1 at ¶ 19 (ECF No. 37 in *Snyder-Hill*, ECF No. 24 in *Knight*, and ECF No. 28 in *Gonzales*); Oct. 10, 2023 Order in *Snyder-Hill* (ECF No. 4) and *Knight* (ECF No. 5) (granting leave to file under seal the consolidated complaints revealing the true identities of John Doe Plaintiffs); Jan. 12, 2024 Order in *Gonzales* (ECF No. 22) (same); *see also* May 11, 2026 Order in *Snyder-Hill* (ECF No. 205) (granting leave to file under seal unredacted motion and related deposition transcripts and Plaintiff Fact Sheets), *Knight* (ECF No. 141) (same), and *Gonzales* (ECF No. 212) (same).[1]

***Second***, the request is narrowly tailored and no broader than necessary to protect the confidential information. Ohio State seeks only to redact from the Brief and supporting materials those lines or items containing confidential information. An unredacted version of the Brief and supporting materials will be submitted separately to the Court for in-camera review. Thus, the request to file under seal is limited in scope and is narrowly tailored.

***Third***, the public interest does not weigh against sealing here. Given the limited nature of the proposed redactions, the public can still fully understand this case, including the relevant facts, as well as the parties' claims, legal theories and arguments. *See, e.g., London Comput. Sys. v. Zillow, Inc.*, 2019 WL 4110516, at *4 (S.D. Ohio Aug. 29, 2019) ("[t]he public will not need to view the parties' highly confidential business information to understand the events giving rise to this dispute"); *Ewalt v. GateHouse Media Ohio Holding II, Inc.*, No. 2:19-cv-4262, 2021 WL 4841064 at *3 (S.D. Ohio Oct. 18, 2021) (same).

Accordingly, for the foregoing reasons, Ohio State respectfully requests that this Court

---

[1] At the May 8, 2026 discovery conference, the Court suggested it may require the John Doe Plaintiffs who are scheduled for trial to proceed using their true identities.

grant leave to file unredacted versions of the Brief, and supporting deposition transcripts, exhibits, and Plaintiff Fact Sheets under seal.[2]

Respectfully submitted,

DAVE YOST
ATTORNEY GENERAL OF OHIO

/s/ Michael H. Carpenter
Michael H. Carpenter (0015733)
(Trial Attorney)
Timothy R. Bricker (0061872)
Michael N. Beekhuizen (0065722)
Michael J. King (0072597)
David J. Barthel (0079307)
Tyler K. Ibom (0085928)
Joseph B. Kunkel (0087007)
Gregory R. Dick (0097816)
CARPENTER LIPPS LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215
Phone: (614) 365-4100
Fax: (614) 365-9145
carpenter@carpenterlipps.com
bricker@carpenterlipps.com
beekhuizen@carpenterlipps.com
king@carpenterlipps.com
barthel@carpenterlipps.com
ibom@carpenterlipps.com
kunkel@carpenterlipps.com
dick@carpenterlipps.com

*Special Counsel for Defendant*
*The Ohio State University*

[2] Except for transcripts still presumptively confidential under the Court's Protective Orders, Ohio State filed public, redacted excerpts of the deposition testimony cited in the Brief. It seeks to file under seal the full unredacted versions of the deposition transcripts not already on file with the Court, including those still presumptively confidential. *See* Protective Orders at ¶ 5(c) (allowing parties 14 days to designate deposition testimony as confidential following receipt of the transcripts).

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically on May 26, 2026. Notice was sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel. The parties may access this filing through the Court's ECF system.

/s/ Michael H. Carpenter
Michael H. Carpenter

*Trial Attorney for Defendant*
*The Ohio State University*