# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**STEVE SNYDER-HILL,** *et al.*,

    **Plaintiffs,**

    **v.**

                                   **Civil Action 2:23-cv-2993**
                                   **Judge Michael H. Watson**
                                   **Magistrate Judge Chelsey M. Vascura**

**THE OHIO STATE UNIVERSITY,**

    **Defendant.**

## ORDER

This matter is before the Court on Defendant's Motion to File Under Seal (ECF No. 225), seeking leave to file under seal Defendant's Response to Plaintiffs' Person of Authority Brief and its supporting materials. Defendant has contemporaneously filed its Response to Plaintiffs' Person of Authority Brief and supporting exhibits in redacted form. (ECF No. 224.) Defendant maintains that filing the unredacted Response and supporting exhibits under seal is necessary because the Response relies on (1) sensitive information that is commonly filed under seal, including descriptions of alleged sexual abuse and the true identities of Plaintiffs proceeding anonymously, and (2) information that, at the time of Defendant's filing, remains presumptively confidential pursuant to the parties' stipulated protective order.

For good cause shown, Defendant's Motion to File Under Seal (ECF No. 225) is **GRANTED**. Defendant shall file, **ON OR BEFORE JUNE 3, 2026**, an unredacted version of its Response to Plaintiffs' Person of Authority Brief and supporting exhibits **UNDER TEMPORARY SEAL**. The Court is satisfied that descriptions of alleged sexual abuse and the

true identities of Plaintiffs proceeding anonymously may remain under permanent seal. If any party wishes to maintain any other portions of the Response or supporting exhibits under permanent seal, they must file a properly supported motion to that effect **ON OR BEFORE JUNE 30, 2026**.


        **IT IS SO ORDERED.**


                         /s/ *Chelsey M. Vascura*
                         CHELSEY M. VASCURA
                         UNITED STATES MAGISTRATE JUDGE