**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| STEVE SNYDER-HILL, et al.,<br>Plaintiff,<br>v.<br>THE OHIO STATE UNIVERSITY,<br>Defendant. | Case No. 2:23-cv-02993<br>Honorable Michael H. Watson<br>Magistrate Judge Chelsey M. Vascura |
| WILLIAM KNIGHT, et al.,<br>Plaintiff,<br>v.<br>THE OHIO STATE UNIVERSITY,<br>Defendant. | Case No. 2:23-cv-02994<br>Honorable Michael H. Watson<br>Magistrate Judge Chelsey M. Vascura |
| EDWARD GONZALES, et al.,<br>Plaintiff,<br>v.<br>THE OHIO STATE UNIVERSITY,<br>Defendant. | Case No. 2:23-cv-3051<br>Honorable Michael H. Watson<br>Magistrate Judge Chelsey M. Vascura |

**NON-PARTY PERKINS COIE LLP'S MOTION FOR LEAVE TO FILE PROPOSED REDACTED EXHIBITS UNDER SEAL**

Pursuant to this Court's May 5, 2026 Order (ECF No. 198), and consistent with S.D. Ohio Civ. R. 5.2, non-party Perkins Coie LLP ("Perkins Coie") respectfully moves this Court for an order allowing it to file under temporary seal Exhibits 12, 37, and 38 , with its proposed permanent redactions, to Motion to Maintain Limited Portions of Exhibits 12, 37, and 38 of Plaintiffs' Briefing on Appropriate Persons Under Seal. Perkins Coie seeks to file these exhibits under temporary seal pending the resolution of all parties' proposed redactions to Plaintiffs' Briefing on Appropriate Persons and supporting exhibits or, in the alternative, until the issue becomes moot by operation of the parties' filings. Perkins Coie does not object to the ultimate public filing of the proposed redacted Exhibits 12, 37, and 38, and takes no position that these redacted exhibits should be permanently withheld from the public record. Rather, Perkins Coie seeks only to ensure that the exhibits are not made publicly available until all parties have had the opportunity to propose redactions, as contemplated by the Court's May 5, 2026 Order.

Perkins Coie has concurrently filed its Motion to Maintain Limited Portions of Exhibits 12, 37, and 38 of Plaintiffs' Briefing on Appropriate Persons Under Seal, setting forth its proposed narrowly tailored redactions to protect the privacy and safety of non-party witnesses. Because the Court's Order established May 29, 2026 as the deadline for any party seeking to maintain portions of Plaintiffs' Briefing on Appropriate Persons under seal, permission to file under temporary seal is necessary to preserve the status quo while that deadline, or any extension to it, runs. If no other party proposes redactions to those exhibits beyond those set forth in Perkins Coie's motion, the exhibits will be filed on the public docket in their redacted form.

For the foregoing reasons, Perkins Coie respectfully requests that the Court enter an order permitting Perkins Coie to file its proposed redacted versions of Exhibits 12, 37, and 38 to Plaintiffs' Briefing on Appropriate Persons under temporary seal, pending (1) the Court's ruling on all parties' proposed redactions filed pursuant to the Court's May 5, 2026 Order, or (2) such time as the issue becomes moot based on the filings of other parties.

Dated: May 29, 2026

By:/s/ *Elizabeth A. McNellie*
Elizabeth A. McNellie (0046534)
Trial Attorney
BAKER & HOSTETLER LLP
200 Civic Center Drive, Suite 1200
Columbus, OH 43215-4138
Telephone: 614.462.2651
Facsimile: 614.462.2616
emcnellie@bakerlaw.com
*Counsel for Non-Party Perkins Coie LLP*

## CERTIFICATE OF SERVICE

I, Elizabeth A. McNellie, certify that on May 29, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

DATED this 29 day of May, 2026.

*/s/ Elizabeth A. McNellie*

*Counsel for Non-Party Perkins Coie LLP*