UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

STEVE SNYDER-HILL, *et al.*,

      Plaintiffs,

    v.

THE OHIO STATE UNIVERSITY,

      Defendant.

Civil Action 2:23-cv-2993
Judge Michael H. Watson
Magistrate Judge Chelsey M. Vascura

**ORDER**

This matter is before the Court on Non-Party Perkins Coie LLP's Motion to Maintain Limited Portions of Exhibits 12, 37, and 38 of Plaintiff's Briefing on Appropriate Persons Under Seal (ECF No. 230). Therein, Perkins Coie contends that narrowly tailored redactions of Exhibits 12, 37, and 38 to Plaintiffs' Brief on Appropriate Persons (ECF No. 196 (redacted), ECF No. 200 (unredacted, under seal)) are necessary to protect the privacy interests of non-party witnesses interviewed as part of Perkins Coie's investigation of allegations of sexual abuse.

Based on these representations, the Court finds that the exhibits in question contain confidential and sensitive information that should be shielded from public access. Accordingly, Perkins Coie's Motion (ECF No. 230) is **GRANTED**. Plaintiff's Brief on Appropriate Persons and its exhibits (ECF No. 200) shall remain under **PERMANENT SEAL**. As no other parties have moved to maintain other portions of Plaintiffs' briefing under permanent seal, Perkins Coie is **ORDERED** to file, **ON OR BEFORE JUNE 8, 2026**, versions of Exhibits 12, 37, and 38 on the public docket that are redacted only for that confidential information described in Perkins

Coie's Motion. As a result, Perkins Coie's Motion for Leave to File Proposed Redacted Exhibits

Under Seal (ECF No. 231) is **DENIED AS MOOT**.


      **IT IS SO ORDERED.**


                      /s/ *Chelsey M. Vascura*
                      CHELSEY M. VASCURA
                      UNITED STATES MAGISTRATE JUDGE