**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| STEVE SNYDER-HILL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 2:23-cv-2993 |
| | ) | |
| v. | ) | Judge Michael H. Watson |
| | ) | |
| THE OHIO STATE UNIVERSITY, | ) | Magistrate Judge Chelsey M. Vascura |
| | ) | |
| Defendant. | ) | |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiffs Steve Snyder-Hill, Ronald McDaniel, David Mulvin, Kelly Reed, William Brown, Kurt Huntsinger, Steve Hatch, Melvin Robinson, Douglas Wells, James Khalil, Jerrold L. Solomon, Joseph Bechtel, Michael Murphy, Timothy Moxley, John Jackson, Jr., James Carroll, Patrick Murray, Matt McCoy, Gary Avis, and John Does 1-17, 19-20, 22, 25, 27, 29, 32-34, 36-37, 40-46, 52, 54, 56-57, 59-60, 62-63, 67, 69, 71-76, 78, 82-84, 88-91, 94-95, 97-98, 101, and 104 (the "Dismissing Plaintiffs") and defendant The Ohio State University ("OSU") being in agreement, and the Court being sufficiently informed, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Unopposed Motion for Voluntary Dismissal with Prejudice, ECF No. 249, is **GRANTED**, and that any and all claims which have been, could have been, or should have been asserted by the Dismissing Plaintiffs against OSU in the above-captioned case are hereby **DISMISSED WITH PREJUDICE**. The Dismissing Plaintiffs and OSU to bear their own attorneys' fees, costs and expenses. The Court will retain continuing and exclusive jurisdiction over the Parties to the Individual Settlement Agreement and Individual Release of All Claims (the "ISA"), as well as over Plaintiffs' Counsel, for purposes of the administration and enforcement of the ISA, and/or resolving any issues arising from or relating to

the ISA.

If, in the future, any case is filed against OSU that involves alleged sexual harassment by Dr. Richard Strauss and/or at Larkins Hall or that otherwise qualifies as a related case to the above-captioned Action pursuant to S.D. Ohio Civ. R. 3.1(b), the Parties agree that such case should be treated as related to the above-captioned Action, subject to the determination of the Court. The Parties further agree that, to the fullest extent permitted by law, all discovery that has been conducted and orders related to discovery, including but not limited to protective orders, in *Snyder-Hill, et al. v. The Ohio State University*, Case No. 2:23-cv-2993, *Knight, et al. v. The Ohio State University*, Case No. 2:23-cv-2994, and *Gonzales, et al. v. The Ohio State University*, Case No. 2:23-cv-3051, apply and/or may be used and shall not be duplicated including, but not limited to, not redeposing witnesses who have already been deposed in the above-captioned Action, absent good cause. Nothing herein shall be construed as to limit the ability of the parties to raise an objection as to the use or admissibility of testimony or evidence at trial or for other purposes in any related case.

The claims of the following plaintiffs in this matter are not being dismissed and remain pending: Plaintiff Michael Montgomery and Plaintiff John Doe 49.[1]

**IT IS SO ORDERED.**

Michael H. Watson

JUDGE MICHAEL H. WATSON
UNITED STATES DISTRICT JUDGE

[1] Plaintiff John Doe 58 has filed a separate unopposed motion for voluntary dismissal without prejudice. John Doe 58's motion will be addressed in a separate order.